NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Howard E. King, Esq. (State Bar No. 77012)
Heather L. Pickerell, Esq. (State Bar No. 346211)
KING, HOLMES, PATERNO & SORIANO, LLP
1900 Avenue of the Stars, 25th Floor
Los Angeles, CA 90067

CLEAR FORM

ATTORNEY(S) FOR: Plaintiff WESLEY EISOLD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY EISOLD, an individual<br><br>Plaintiff(s),<br>v.<br>CODY GARRETT RUNNELS; an individual, et al.<br><br>Defendant(s) | CASE NUMBER:<br><br>2:24-CV-07516-PVC<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for       WESLEY EISOLD
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Wesley Eisold | Plaintiff |
| Cody Garrett Runnels | Defendant |
| World Wrestling Entertainment, LLC | Defendant |
| Fanatics Holdings, Inc. | Defendant |

September 5, 2024                         /s/ Heather L. Pickerell
Date                                                Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff WESLEY EISOLD

CV-30 (05/13)                         NOTICE OF INTERESTED PARTIES