```
HOLLAND & KNIGHT LLP
Stacey H. Wang (SBN 245195)
Danielle N. Garno (SBN 208809)
400 South Hope Street, 8th Floor
Los Angeles, CA  90071
Telephone:  213.896.2400
Facsimile:   213.896.2450
Email: stacey.wang@hklaw.com
       danielle.garno@hklaw.com
```

Attorneys for Defendants World Wrestling Entertainment, LLC and Fanatics LLC. erroneously sued as Fanatics Holdings, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY EISOLD, an individual,<br><br>            Plaintiff,<br><br>     vs.<br><br>CODY GARRETT RUNNELS, an individual, WORLD WRESTLING ENTERTAINMENT, LLC, a limited partnership; and FANATICS HOLDINGS, INC., a corporation,<br><br>            Defendants. | CASE NO.  2:24-CV-07516-PVC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |

//
//
//
//
//
//
//
//

1

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)

Plaintiff WESLEY EISOLD ("Plaintiff") and Defendants Fanatics LLC, erroneously sued as Fanatics Holdings, Inc. ("Fanatics") and World Wrestling Entertainment, LLC ("WWE") by and through their attorneys of record, hereby agree and stipulate as follows:

WHEREAS, on September 23, 2024, defendant Fanatics Holdings, Inc. was served with the underlying Complaint, which Fanatics contends is the wrong entity;

WHEREAS, on September 24, 2024, defendant WWE was served with the underlying Complaint;

WHEREAS, Plaintiff, WWE and Fanatics have agreed that the time in which WWE and Fanatics may file a response to the Complaint shall be extended 30 days, up to and including November 15, 2024, so that Fanatics and WWE may coordinate and streamline any motion practice with defendant Cody Runnels who was served later, and to ensure an orderly meet and confer under Local Rule 7-3;

WHEREAS, good cause exists for this stipulation as this is the first request for an extension, the granting of the relief requested will not result in the delay of any scheduled hearings, and no party is making this request for the purpose of delay.

**IT IS HEREBY AGREED**, by and between Plaintiff and Defendants Fanatics and WWE, through their respective counsel of record, that WWE and Fanatics' time to respond to Plaintiff's Complaint is extended through November 15, 2024.

Dated: October 10, 2024    KING HOLMES PATERNO AND SORIANO LLP

By: /s/ Heather Pickerell
Heather Pickerell, Esq.
Attorneys for Plaintiff, Wesley Eishold

Dated: October 10, 2024    HOLLAND & KNIGHT LLP

By: /s/ Stacey H. Wang
Stacey H. Wang, Esq.

Attorneys for Defendants World Wrestling Entertainment, LLC and Fanatics LLC, erroneously sued as Fanatics Holdings, Inc.

I, Stacey H. Wang, attest pursuant to L.R. 5-4.3.4 of the United States District Court for the Central District of California, that Heather Pickerell, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.

*/s/ Stacey H. Wang*
Stacey H. Wang