KING, HOLMES, PATERNO & SORIANO, LLP
HOWARD E. KING, ESQ., STATE BAR NO. 77012
HEATHER L. PICKERELL, ESQ., STATE BAR NO. 346211
HPICKERELL@KHPSLAW.COM
1900 AVENUE OF THE STARS, TWENTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90067-4506
TELEPHONE: (310) 282-8989
FACSIMILE: (310) 282-8903

Attorneys for Plaintiff WESLEY EISOLD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WESLEY EISOLD, an individual , <br><br> Plaintiff, <br><br> vs. <br><br> CODY GARRETT RUNNELS, an individual; WORLD WRESTLING ENTERTAINMENT, LLC, a Delaware limited liability company; and FANATICS HOLDINGS, INC., a Delaware corporation, <br><br> Defendants. | CASE NO. 2:24-cv-07516-AB (MARx) <br><br> **JOINT STIPULATION TO AMEND COMPLAINT** |

The Parties stipulate that Plaintiff Wesley Eisold's complaint should be amended to replace Defendant "Fanatics Holdings, Inc." with "Fanatics LLC" as a defendant. The Parties further stipulate that this amendment should not constitute Eisold's amendment as of right under Federal Rule of Civil Procedure 15(a). The proposed amended complaint is attached to this motion.

In his complaint, Eisold named Fanatics Holdings, Inc. as a defendant. He did so based on public filings that indicate that Fanatics Holdings, Inc. is the parent company of several subsidiaries (including Fanatics LLC) that own or operate websites (including Fanatics.com) that sell and distribute the clothes at issue in this case. After Eisold filed the complaint, counsel for both Defendant World Wrestling

4572.061/3004854

Entertainment, LLC ("WWE") and for Fanatics LLC notified Eisold's counsel that Eisold had "erroneously sued" Fanatics Holdings, Inc. instead of Fanatics LLC. Counsel for WWE and Fanatics LLC further represents that they are authorized to accept service for Fanatics LLC in this matter.

The requested amendments to the complaint are minor. Eisold would replace the words "Fanatics Holdings, Inc." with "Fanatics LLC" throughout the complaint, including in the caption. Eisold would also amend the "Parties' section to reflect that "on information and belief, Defendant Fanatics LLC is a limited liability company formed under the laws of Florida and has its principal place of business at 95 Morton St, 4/F, New York, NY 10013." These are the only proposed amendments.

For the sake of judicial economy, the Parties stipulate that the complaint should be amended to reflect that the appropriate defendant in this case is Fanatics LLC, not Fanatics Holdings, Inc. And, because of the minor nature of the amendment, the Parties stipulate that this amendment should not constitute Eisold's amendment as of right under FRCP 15(a).

///
///
///
///
///
///
///
///
///
///
///
///
///

DATED:  October ___, 2024        KING, HOLMES, PATERNO & SORIANO, LLP


By:  _____/s/ Heather L. Pickerell_____
                    HOWARD E. KING
                    HEATHER L. PICKERELL
         Attorneys for Plaintiff WESLEY EISOLD

DATED:  October ___, 2024        HOLLAND & KNIGHT LLP


By:  _____/s/ Stacey H. Wang_____
                    STACEY H. WANG
         Attorneys for Defendants WORLD WRESTLING ENTERTAINMENT, LLC and FANATICS LLC


I, Heather L. Pickerell attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing. CDCA Local Rule 5-4.3.4(a)(2)(i).


_____/s/ Heather L. Pickerell_____
Heather L. Pickerell

KING, HOLMES, PATERNO & SORIANO, LLP

4572.061/3004854.1

3