KING, HOLMES, PATERNO & SORIANO, LLP
HOWARD E. KING, ESQ., STATE BAR NO. 77012
HEATHER L. PICKERELL, ESQ., STATE BAR NO. 346211
HPICKERELL@KHPSLAW.COM
1900 AVENUE OF THE STARS, TWENTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90067-4506
TELEPHONE: (310) 282-8989
FACSIMILE: (310) 282-8903

Attorneys for Plaintiff WESLEY EISOLD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WESLEY EISOLD, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> CODY GARRETT RUNNELS, an individual; WORLD WRESTLING ENTERTAINMENT, LLC, a Delaware limited liability company; and FANATICS HOLDINGS, INC., a Delaware corporation, <br><br> Defendants. | CASE NO. 2:24-cv-07516-AB <br><br> **[PROPOSED] ORDER RE JOINT STIPULATION TO AMEND COMPLAINT** |

Having considered the evidence in the record, the Court determines that good cause exists to grant the Parties' Joint Stipulation to Amend the Complaint. This Court thus GRANTS the Joint Stipulation to Amend Complaint.

IT IS SO ORDERED.

Dated: _____

HONORABLE ANDRE BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE

4572.061/3009431.1