JAYARAM PLLC
Amanda-Jane Thomas (SBN 326323)
54 W. 21st. Street, Suite 801
New York, NY 10010
T: (347) 560-4507
ajthomas@jayaramlaw.com

Attorneys for Defendant Cody
Garrett Runnels

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY EISOLD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CODY GARRETT RUNNELS, an individual, WORLD WRESTLING ENTERTAINMENT, LLC, a limited partnership; and FANATICS HOLDINGS, INC., a corporation,<br><br>Defendants. | Civil Action No. 2:24-cv-07516-PVC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INTIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: 10/4/2024<br>Current Response Date: 10/25/2024<br>New Response Date: 11/15/2024 |

Plaintiff Wesley Eisold ("Plaintiff") and Defendant Cody Garrett Runnels ("Runnels"), by and through their attorneys of record, hereby agree and stipulate as follows:

WHEREAS, on October 4, 2024, Runnels was served with the underlying Complaint;

WHERAS, Plaintiff and Runnels have agreed that the time in which Runnels may file a response to the Complaint shall be extended up to and including November 15, 2024, so that Runnels may coordinate and streamline any motion practice with defendants Fanatics Holdings, Inc. and World Wrestling Entertainment, LLC, and to ensure an orderly meet and confer under Local Rule 7-3;

WHEREAS, good cause exists for this stipulation as this is the first request for an extension, the granting of the relief requested will not result in the delay of any scheduled hearings, and no party is making this request for the purpose of delay.

**IT IS HEREBY STIPULATED**, pursuant to Local Rule 8-3, by and between Plaintiff and Runnels, by and through their undersigned counsel, that Runnels' time to respond to Plaintiff's Complaint is extended through November 15, 2024.

///
///
///
///
///
///
///
///
///
///
///

DATED:  October 25, 2024

**KING, HOLMES, PATERNO & SORIANO, LLP**

By:  /s/ *Heather Pickerell*
        Heather Pickerell

ATTORNEYS FOR PLAINTIFF
WESLEY EISOLD

DATED:   October 25, 2024

**JAYARAM PLLC**

By: */s/ Amanda-Jane Thomas*
        Amanda-Jane Thomas, Esq.

ATTORNEYS FOR DEFENDANT
CODY GARRETT RUNNELS

## ATTESTATION (L.R. 5-4.3.4)

I, Amanda-Jane Thomas, attest that Heather Pickerell, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.

  /s/   *Amanda-Jane Thomas*
        Amanda-Jane Thomas

1

## <u>CERTIFICATE OF SERVICE</u>

2          I hereby certify that on October 25, 2024, a true and correct copy of the foregoing

3   document was filed electronically with the Clerk of the Court using the Court's

4   CM/ECF electronic filing system, which automatically generates a Notice of Electronic

5   Filing ("NEF") at the time said document is filed to all CM/ECF Users and counsel of

6   record who have appeared in this case. Service with this NEF constitutes service

7   pursuant to Federal Rule of Civil Procedure 5(b)(E).

8                                        /s/ *Amanda-Jane Thomas*

9                                        Amanda-Jane Thomas

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28