KING, HOLMES, PATERNO & SORIANO, LLP
HOWARD E. KING, ESQ., STATE BAR NO. 77012
HEATHER L. PICKERELL, ESQ., STATE BAR NO. 346211
HPICKERELL@KHPSLAW.COM
1900 AVENUE OF THE STARS, TWENTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90067-4506
TELEPHONE: (310) 282-8989
FACSIMILE: (310) 282-8903

Attorneys for Plaintiff WESLEY EISOLD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WESLEY EISOLD, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> CODY GARRETT RUNNELS, an individual; WORLD WRESTLING ENTERTAINMENT, LLC, a Delaware limited liability company; and FANATICS HOLDINGS, INC., a Delaware corporation, <br><br> Defendants. | CASE NO. 2:24-cv-07516-AB (MARx) <br><br> **NOTICE OF ERRATA** |

Plaintiff Wesley Eisold and Defendant Fanatics, LLC respectfully notify this Court that the dates were not adhered to the signatures on page 3 of the Stipulation to Amend the Complaint. The date should have been October 24, 2024 for both signatures.

///

///

///

///

///

///

4572.061/3004854.1

| | | |
|---|---|---|
| 1 | DATED: October 25, 2024 | KING, HOLMES, PATERNO & SORIANO, LLP |
| 2 | | |
| 3 | | |
| 4 | | By: ___/s/ *Heather L. Pickerell*___ |
| 5 | | HOWARD E. KING |
| 6 | | HEATHER L. PICKERELL |
| | | Attorneys for Plaintiff WESLEY EISOLD |
| 7 | | |
| 8 | DATED: October 25, 2024 | HOLLAND & KNIGHT LLP |
| 9 | | |
| 10 | | |
| 11 | | By: ___/s/ *Stacey H. Wang*___ |
| 12 | | STACEY H. WANG |
| | | Attorneys for Defendants WORLD WRESTLING ENTERTAINMENT, LLC and FANATICS LLC |

I, Heather L. Pickerell attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing. CDCA Local Rule 5-4.3.4(a)(2)(i).

/s/ *Heather L. Pickerell*
Heather L. Pickerell