UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WESLEY EISOLD, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> CODY GARRETT RUNNELS, an individual; WORLD WRESTLING ENTERTAINMENT, LLC, a Delaware limited liability company; and FANATICS HOLDINGS, INC., a Delaware corporation, <br><br> Defendants. | CASE NO. 2:24-cv-07516-AB <br><br> [~~PROPOSED~~] ORDER RE JOINT STIPULATION TO AMEND COMPLAINT |

The Court **APPROVES** the Parties' Stipulation to Amend the Complaint. Plaintiff must file the Amended Complaint within 7 days of this Order. Any amendments must be limited to those specified in the stipulation.

**IT IS SO ORDERED.**

Dated: October 30, 2024

_____
HONORABLE ANDRE BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE