| | |
|---|---|
| 1 | HOLLAND & KNIGHT LLP |
| 2 | Stacey H. Wang (SBN 245195)<br>Danielle N. Garno (SBN 208809) |
| 3 | 400 South Hope Street, 8th Floor<br>Los Angeles, CA 90071 |
| 4 | Telephone: 213.896.2400<br>Facsimile: 213.896.2450 |
| 5 | Email: stacey.wang@hklaw.com<br>       danielle.garno@hklaw.com |

Attorneys for Defendants World Wrestling Entertainment, LLC, and Fanatics LLC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY EISOLD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CODY GARRETT RUNNELS, an individual, WORLD WRESTLING ENTERTAINMENT, LLC, a limited Liability company; and FANATICS, LLC, a limited liability company,<br><br>Defendant. | Case No.: 2:24-CV-07516-AB(MARx)<br>[*Hon. André Birotte Jr.*]<br><br>**DECLARATION OF STACEY H. WANG IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**<br><br>**FILED CONCURRENTLY WITH DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>HEARING<br>DATE: JAN. 24, 2025<br>TIME: 10:00 A.M.<br>CTRM: 7B |

///
///
///
///
///
///
///
///

DECLARATION OF STACEY H. WANG           CASE NO. 2:24-CV-07516-AB(MARX)

# DECLARATION OF STACEY H. WANG

I, Stacey H. Wang, declare as follows:

1. I am over the age of 18 and have personal knowledge of the matters stated herein. I could truthfully testify thereto if called upon as a witness.

2. I am a partner at the law firm of Holland & Knight LLP and am counsel for Defendants World Wrestling Entertainment, LLC and Fanatics, LLC.

3. On November 21, 2024, I accessed the United States Patent and Trademark Office's ("USPTO") Trademark Status and Document Retrieval ("TSDR") tool and downloaded the prosecution histories for, and current statuses of, U.S. Trademark Registration Nos. 3538710, 4625255, 3412176, 4689835, 2772683, 4538210, and 4689839. True and correct copies of the TSDR records for U.S. Trademark Registration Nos. 3538710, 4625255, 3412176, 4689835, 2772683, 4538210, and 4689839 are attached to Defendants' Request for Judicial Notice as Exhibit A.

4. On November 21, 2024, I accessed the USPTO's TSDR tool and downloaded the prosecution history for, and current status of, U.S. Trademark Registration No. 6256132. A true and correct copy of the TSDR records for U.S. Trademark Registration No. 6256132 is attached to Defendants' Request for Judicial Notice as Exhibit B.

5. On November 21, 2024, I accessed the USPTO's TSDR tool and downloaded the prosecution history for, and current status of, U.S. Trademark Registration No. 6397093. A true and correct copy of the TSDR records for U.S. Trademark Registration No. 6397093 is attached to Defendants' Request for Judicial Notice as Exhibit C.

6. On November 21, 2024, I accessed an Encyclopedia Brittanica publication online which is related to Cody Runnels. The publication is available online at *https://www.britannica.com/biography/Cody-Rhodes*. A true and correct copy of the publication is attached to Defendants' Request for Judicial Notice as Exhibit D-1.

///

7. On November 21, 2024, I accessed a New York Times article online which is related to Cody Runnels. The article is available online at the following link: *https://www.nytimes.com/athletic/5398800/2024/04/08/cody-rhodes-wrestlemania-wwe-dusty-rhodes/*. A true and correct copy of the article is attached to Defendants' Request for Judicial Notice as Exhibit D-2.

8. On November 21, 2024, I accessed an entertainment publication related to Cody Runnels which was posted on The Sportster's online website. The publication is available online at the following link: *https://www.thesportster.com/wwe-story-behind-cody-rhodes-infamous-neck-tattoo-explained/*. A true and correct copy of the publication is attached to Defendants' Request for Judicial Notice as Exhibit D-3.

9. On November 21, 2024, I accessed a video posted on YouTube which is related to Cody Runnels and his dog, Pharaoh. At the time of this declaration, the video is available online at *https://www.youtube.com/watch?v=3lvp76knUto*. The video is referenced in Defendants' Request for Judicial Notice as Exhibit E-1. The video is available to be lodged with the Court in the Court's preferred format upon request.

10. On November 21, 2024, I accessed a video posted on YouTube which is related to Cody Runnels and his dog, Pharaoh. At the time of this declaration, the video is available online at *https://www.youtube.com/watch?v=1_jvVXxOfSM*. The video is referenced in Defendants' Request for Judicial Notice as Exhibit E-2. The video is available to be lodged with the Court in the Court's preferred format upon request.

11. On November 21, 2024, I accessed a video posted on YouTube which is related to Cody Runnels. At the time of this declaration, the video is available online at *https://www.youtube.com/watch?v=S5O4E_B5cNQ*. The video is referenced in Defendants' Request for Judicial Notice as Exhibit E-3. The video is available to be lodged with the Court in the Court's preferred format upon request.

12. On November 21, 2024, I accessed a video posted on YouTube which is includes video clips from the WWE 2K24 video game. At the time of this declaration, the video is available online at *https://www.youtube.com/shorts/agtMnYdsg6Y*. The

video is referenced in Defendants' Request for Judicial Notice as Exhibit E-4. The video is available to be lodged with the Court in the Court's preferred format upon request.

I declare under penalty of perjury and under the laws of the United States that the foregoing is true and correct. Executed this 22nd day of November, 2022, at Los Angeles, California.

                               */s/ Stacey H. Wang*
                               Stacey H. Wang

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA  90071
Tel: 213.896.2400
Fax: 213.896.2450

3
DECLARATION OF STACEY H. WANG    CASE NO. 2:24-CV-07516-AB(MARX)