# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY EISOLD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CODY GARRETT RUNNELS, an individual, WORLD WRESTLING ENTERTAINMENT, LLC, a limited liability company; and FANATICS, LLC., a limited liability company,<br><br>Defendants. | Case No. 2:24-cv-07516-AB-MAR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT CODY GARRETT RUNNEL'S JOINDER IN WORLD WRESTLING ENTERTAINMENT, LLC AND FANATICS, LLC'S MOTION TO DISMISS COUNTS II-V OF PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)** |

Upon consideration of Defendant Cody Garrett Runnels' Joinder in the Motion of World Wrestling Entertainment, LLC and Fanatics, LLC to Dismiss Counts II-V of Plaintiff's First Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (the "Other Defendants' Motion"); all documents submitted in support of the Other Defendants' Motion, including the Notice of Motion, the Memorandum of Points and Authorities and Request for Judicial Notice, and all pleadings, papers and records of this action, it is **HEREBY ORDERED** that the Joinder, and the Other Defendants' Motion as applicable to Runnels to dismiss Counts IV-V of Plaintiff's First Amended Complaint, are **GRANTED.**

**IT IS SO ORDERED.**

Dated: _____

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE