1  JAYARAM PLLC
   Amanda-Jane Thomas (SBN 326323)
2  54 W. 21st. Street, Suite 801
   New York, NY 10010
3  T: (347) 560-4507
4  ajthomas@jayaramlaw.com

5
   Attorneys for Defendant Cody
6  Garrett Runnels

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10 | WESLEY EISOLD, an individual, | Case No. 2:24-cv-07516-AB-MAR |

11 | Plaintiff, | **DEFENDANT CODY GARRETT** |

12 | | **RUNNELS' NOTICE OF MOTION** |
   | | **AND MOTION TO DISMISS COUNT I** |
13 | vs. | **OF PLAINTIFF'S FIRST AMENDED** |
   | | **COMPLAINT PURSUANT TO FED. R.** |
14 | CODY GARRETT RUNNELS, an | **CIV. P. 12(B)(6)** |
   | individual, WORLD WRESTLING | |
15 | ENTERTAINMENT, LLC, a limited | |
16 | liability company; and FANATICS, | HEARING |
   | LLC., a limited liability company, | Date:  January 24, 2025 |
17 | | Time: 10:00 A.M. |
18 | Defendants. | Courtroom: 7B |
   | | Judge: Hon. André Birotte Jr. |
19

20

21          **TO ALL PARTES AND THEIR COUNSEL OF RECORD**:

22      PLEASE TAKE NOTICE THAT, on January 24, 2025, at 10:00 a.m., or as soon

23 thereafter as this matter may be heard before the Honorable André Birotte Jr. in

24 Courtroom 7B, located at the U.S. District Court for the Central District of California

25 at 350 West First Street, Los Angeles, California 90012, Defendant Cody Garrett

26 Runnels ("Runnels") will hereby move this Court, pursuant to Rule 12(b)(6) of the

27

28

1  Federal Rules of Civil Procedure, for an order dismissing, with prejudice, the First

2  Count alleged in Plaintiff Wesley Eisold's ("Plaintiff") First Amended Complaint

3  pursuant to Fed. R. Civ. P. 12(b)(6) ("Runnels' Motion").

4      Runnels has concurrently filed a joinder to Defendants World Wrestling

5  Entertainment, LLC and Fanatics, LLC's Motion to Dismiss Count II-V of Plaintiff's

6  First Amended Complaint ("Other Defendants' Motion") which is scheduled to be

7  heard on the same date and time, and in the same location, as the Runnels' Motion.

8      Specifically, in addition to submitting and relying on the Other Defendants'

9  Motion, Runnels brings this motion to dismiss Count I on the grounds that Plaintiff

10 fails to state a claim against Runnels for breach of contract because Plaintiff fails to

11 point to any facts sufficient to allege that the March 14, 2021 Settlement and

12 Coexistence Agreement by and between Runnels and Plaintiff was breached.

13     Runnels' Motion is based on this Notice of Motion, and all documents submitted

14 in support of the Runnels' Motion, including the Memorandum of Points and

15 Authorities; the Other Defendants' Motion, and all documents submitted in support of

16 the Other Defendants' Motion, including the Notice of Motion, the Memorandum of

17 Points and Authorities and Request for Judicial Notice; all pleadings, papers and

18 records of this action; and such written, documentary and/or oral arguments and

19 authorities as may be presented by Runnels or the Other Defendants in support of the

20 Runnels' Motion and/or the Other Defendants' Motion, including in reply to any

21 oppositions to those Motions and/or at the hearing on those Motions.

22     This motion follows a conference of counsel under Local Rule 7-3 on November

23 8, 2024.

24

25

26

27

28

**Defendant Runnels' Motion to Dismiss Count I of Plaintiff's First Amended Complaint**
**(2:24-CV-07516-AB-MAR)**
- 2 -

1

2     DATED: November 22, 2024          Respectfully submitted,

3                                       **JAYARAM PLLC**

4
                                        By: _/s/ Amanda-Jane Thomas_
5                                            Amanda-Jane Thomas, Esq.

6
                                        ATTORNEYS FOR DEFENDANT
7                                       CODY GARRETT RUNNELS

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    **MEMORANDUM OF POINTS AND AUTHORITIES**

2    **I.    INTRODUCTION AND BACKGROUND**

3    Defendant Cody Garrett Runnels ("Runnels") directs the Court to the

4    Introduction and Background of Defendants World Wrestling Entertainment, LLC and

5    Fanatics, LLC's Motion to Dismiss Count II-V of Plaintiff's First Amended Complaint

6    ("Other Defendants' Motion") for a full recitation of the factual background. As to the

7    present Motion to Dismiss, Plaintiff fails to plead Count I in the First Amended

8    Complaint. As a result, this Court should dismiss that count with prejudice pursuant to

9    Rule 12(b)(6) of the Federal Rules of Civil Procedure.

10   **II.    LEGAL STANDARD GOVERNING DISMISSAL**

11   Runnels directs the Court to the Legal Standard Governing Dismissal in the

12   Other Defendants' Motion for a recitation of the legal standard on a motion to dismiss

13   pursuant to Rule 12(b)(6).

14   **III.    ARGUMENT**

15   **A.    Plaintiff Fails to State a Claim for Breach of Contract**

16   **(Count I)**

17   To make a claim for breach of contract, "a party must plead facts to establish (1)

18   the contract, (2) plaintiff's performance or excuse for nonperformance, (3) defendant's

19   breach, and (4) the resulting damages to plaintiff." *LockandLocate, LLC v. Hiscox Ins.

20   Co.*, 549 F. Supp. 3d 1093, 1099 (C.D. Cal. 2021) (*quoting Coles v. Glaser*, 2 Cal. App.

21   5th 384, 391, 205 Cal.Rptr.3d 922 (2016)). For the reasons stated in the Other

22   Defendants' Motion (*see* Other Defendants' Motion Parts III.A.2, III.E.), Plaintiff fails

23   to allege that Runnels breached the Agreement, *i.e.*, that Runnels did not include on (or

24   otherwise in connection with) his apparel products (i) Runnels' name (i.e., Cody

25   Rhodes); or (ii) Runnels' name and likeness; or (iii) substantial indicia indicating

26   association with wrestling (e.g., the WWE company logo) in reasonably-placed and

27

28

sized prominence as compared with the "Runnels Mark" (i.e., 75% or larger size as compared to the Runnels Mark). See First Amended Complaint [Dkt. 23], Exhibit 4, Section 1(b), and such failure cannot be cured by amendment. Accordingly, Plaintiff fails to plead a breach of contract claim.

## IV.   CONCLUSION

For all the reasons detailed herein, Runnels respectfully requests an order dismissing Count I of Plaintiff's First Amended Complaint, with prejudice.

DATED:   November 22, 2024                Respectfully submitted,

**JAYARAM PLLC**

By: */s/ Amanda-Jane Thomas*
     Amanda-Jane Thomas, Esq.

ATTORNEYS FOR DEFENDANT
CODY GARRETT RUNNELS

## L.R. 11-6.2 Certificate of Compliance

The undersigned, counsel of record for Defendant Cody Garrett Runnels certifies that this brief contains 345 words, which complies with the word limit of L.R. 11-6.1.

DATED: November 22, 2024

*/s/ Amanda-Jane Thomas*
Amanda-Jane Thomas, Esq.