# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

WESLEY EISOLD

Plaintiff(s),

v.

CODY GARRETT RUNNELS, et al.

Defendant(s).

CASE NUMBER:

2:24-cv-07516-AB-MAR

**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED PRO HAC VICE APPLICATION**

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

 12/12/2024   31-32   Application of Non-Resident Attorney to Appear in a Specific Case Pro Hac Vice
Date Filed   Doc. No.   Title of Doc.

**ERROR(S) WITH DOCUMENT:**

Local Rule 83-2.1.3.4 Local counsel does not maintain an office within the District for the practice of law, in which the attorney is physically present on a regular basis to conduct business.

Other:

**Note:** In response to this notice, the Court may: 1) deny the Application; 2) order an amended or corrected document to be filed; 3) order the document stricken; or 4) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: December 13, 2024    By: /s/ Andrea Kannike  Andrea_Kannike@cacd.uscourts.gov
                                Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**