KING, HOLMES, PATERNO & SORIANO, LLP
HOWARD E. KING, ESQ., STATE BAR No. 77012
HEATHER L. PICKERELL, ESQ., STATE BAR No. 346211
HPICKERELL@KHPSLAW.COM
1900 AVENUE OF THE STARS, TWENTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90067-4506
TELEPHONE: (310) 282-8989
FACSIMILE: (310) 282-8903

Attorneys for Plaintiff WESLEY EISOLD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WESLEY EISOLD, an individual , | CASE NO. 2:24-cv-07516-AB (MARx) |
| Plaintiff, | **SECOND AMENDED COMPLAINT** |
| vs. | **(1) BREACH OF CONTRACT;**<br>**(2) INDUCING BREACH OF CONTRACT;**<br>**(3) INTENTIONAL INTERFERENCE WITH CONTRACTUAL RELATIONS;**<br>**(4) FEDERAL TRADEMARK INFRINGEMENT [15 U.S.C. § 1114];**<br>**(5) UNFAIR COMPETITION [CALIFORNIA BUSINESS & PROFESSIONAL CODE SECTION 17200 ET SEQ.]** |
| CODY GARRETT RUNNELS, an individual; WORLD WRESTLING ENTERTAINMENT, LLC, a Delaware limited liability company; and FANATICS, LLC, a Delaware limited liability company, | |
| Defendants. | |
| | **DEMAND FOR JURY TRIAL** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Plaintiff Wesley Eisold alleges:

## **PRELIMINARY STATEMENT**

1.      This is an action for federal trademark infringement under the Lanham Act, 15 U.S.C. § 1141; breach of contract, inducing breach of contract, and intentional interference with contractual relations under California common law; and unfair competition under California Business & Professional Code Section 17200 et seq.

2.      Wesley Eisold is the lead singer of the renowned punk rock band American Nightmare. Eisold holds the registered trademark "American Nightmare" in pre-recorded music, clothing and apparel, and entertainment services ("Eisold Mark"). Eisold sells counterculture-style clothes and merchandise often featuring the words "American Nightmare," a logo of a black-and-white winged angel of death, the American flag's stars and stripes, or a logo of a stars-and-stripes shield with wing-like baseball bats ("Eisold Apparel").

3.      Defendant Cody Garrett Runnels, professionally known as Cody Rhodes, is a world-famous wrestling "Superstar" of Defendant World Wrestling Entertainment, LLC (WWE). Runnels promotes himself as "The American Nightmare."

4.      Runnels attempted to register the trademark "The American Nightmare" ("Runnels Mark"), which Eisold opposed. The two then entered into a settlement agreement. Eisold allowed Runnels to use (but not register) the Runnels Mark in clothing and apparel on the express condition that the only clothes and apparel that Runnels was allowed to sell had to prominently feature Runnels' name, Runnels' name and likeness, or significant indicia of wrestling—which must be 75% or larger than the Runnels Mark.

5.      Runnels, WWE, and Defendant Fanatics, LLC ("Fanatics") sell apparel that blatantly violate the express conditions in the settlement agreement and Eisold's trademark ("Runnels Apparel"). The Runnels Apparel are brandished with the

words "American Nightmare" but do not include Runnels' name, his name, likeness, or indicia of wrestling (or do so in puny fashion). The counterculture-style clothes often feature a winged skull embossed with the stars and stripes, a black-and-white winged skull, or various representations of the U.S. flag.

6.      Widespread confusion about Runnels' use of the Eisold Mark persists among WWE fans and Runnels' fans. Legions of American Nightmare fans ask Eisold if he endorses Runnels or the wrestler's use of the Eisold Mark and his image. Eisold's fans frequently buy the Runnels Apparel by accident, Runnels' fans regularly buy the Eisold Apparel by mistake, and fans of both inadvertently make and purchase apparel that mix references to both the band and to Runnels.

7.      Eisold's many requests that Defendants stop their infringing conduct have fallen on deaf ears. He now sues for damages and injunctive relief.

## JURISDICTION

8.      This Court has subject matter jurisdiction over the federal question claims under 15 U.S.C. § 1121(a) and 28 U.S.C. §§ 1331 and 1338.

9.      Eisold's state law claims and federal question claims are related and arise from the same case or controversy. So, this Court has supplemental jurisdiction over the state law claims under 28 U.S.C. § 1338(b) and § 1367(a).

## VENUE

10.     Venue in this Court is proper under 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to Eisold's claims occurred in this judicial district and a substantial part of the property that is subject of the action is situated in this judicial district.

11.     Should this Court decide that venue is not satisfied under 28 U.S.C. § 1391(b)(1) and (b)(2), venue is proper under 28 U.S.C. § 1391(b)(3) because Defendants are subject to this Court's personal jurisdiction in this judicial district.

## PARTIES

12.     Plaintiff Wesley Eisold is an individual who resides in Los Angeles,

California.

13.     Defendant Cody Garrett Runnels is an individual who resides in Fulton County, Georgia.

14.     Defendant World Wrestling Entertainment, LLC is a limited liability corporation formed under the laws of Connecticut and has its principal place of business at 707 Washington Blvd., Stamford, CT 06901.

15.     Defendant Fanatics, LLC is a limited liability company formed under the laws of Delaware and has its principal place of business at 95 Morton St, 4/F, New York, NY 10014.

## FACTS

### A. In 1999, musician Wesley Eisold co-founded American Nightmare, the critically acclaimed punk rock band.

16.     Plaintiff Wesley Eisold is a musician known for his contributions to the punk rock, hardcore punk, emo, synthpop, darkwave, and EDM genres.

17.     Around 1999, Eisold co-founded the critically acclaimed punk rock band, American Nightmare. Eisold has always been the lead vocalist and frontman of the band. For the past 20 years, American Nightmare and Eisold have had an indelible impact on the punk rock genre, and Eisold has been an accomplished co-writer of other artists.

18.     American Nightmare rehearses, records its music, and maintains its instruments, recording equipment, and concert equipment in Los Angeles. The band's booking agent, United Talent Agency, is also in Los Angeles. They have staged and performed at concerts as recently as 2023, including concerts in Santa Ana, Los Angeles, and San Francisco.

### B. Eisold owns the trademark "American Nightmare" in clothing and apparel, entertainment services, and pre-recorded media.

19.     Eisold is the owner of the valid and subsisting trademark consisting of the word "American Nightmare" ("Eisold Mark").

20.    On November 29, 2016, Eisold registered the Eisold Mark with the U.S. Patent and Trademark Office ("USPTO"). The Eisold Mark's U.S. Trademark Registration No. is 5,089,055 on the Principal Register in the USPTO. Eisold owns the mark in pre-recorded media (class 9), clothing and apparel (class 25), and entertainment services (class 41). A true and correct copy of the registration certificate and an image of the Eisold Mark are attached as Exhibit 1.

21.    The Eisold Mark has attained incontestable status under Section 15 of the Lanham Act, 15 U.S.C. § 1065.

**C. Eisold sells counterculture clothes and merchandise featuring the words "American Nightmare," a black-and-white winged angel of death, the American flag's stars and stripes, and a stars-and-stripes shield with wing-like baseball bats.**

22.    Since American Nightmare's inception in 1999, Eisold has continuously manufactured, distributed, advertised, and sold clothes and apparel—including t-shirts, hoodies, crewnecks, and buttons—featuring the Eisold Mark throughout the United States (including in California) and internationally ("Eisold Apparel").

23.    The Eisold Apparel are popular among fans of American Nightmare and, more generally, persons who love counterculture and punk rock clothes. The clothes feature the Eisold Mark (i.e., the words "American Nightmare") and common motifs. Frequently used images include a logo composed of a black-and-white angel of death with two large white wings ("Eisold Angel Logo"), the stars and stripes of the American flag, and a logo consisting of a stars-and-stripes shield interposed on two baseball bats forming an "X," emulating wings ("Eisold Shield Logo").

24.    Eisold's other merchandise also combine the recurring tropes featured on the Eisold Apparel. As examples, one of American Nightmare's EPs, *Year One*, features the Eisold Angel Logo superimposed on the stars and stripes. The band's

vinyl releases of its 2000 studio album *American Nightmare* feature the text "American Nightmare" superimposed on the American flag. An American Nightmare poster from 2000 features a skull wearing an "Uncle Sam" American flag-styled hat. Versions of the band's EP *The Sun Isn't Getting Any Brighter* feature the Eisold Angel Logo in red, white, or blue, mirroring the American flag. And the band's 1999 album *4 Song Demo* features the Eisold Shield Logo as well as the text "American Nightmare."

25.    Pictures of representative samples of the Eisold Apparel and merchandise featuring the Eisold Mark, Eisold Angel Logo, and Eisold Shield Logo are attached as Exhibit 2.

26.    Eisold makes tens of thousands of dollars every month from selling the Eisold Apparel. He manufactures the Eisold Apparel in Los Angeles and manages the marketing and sales of the apparel through the American Nightmare website, at the band's concerts, and via third-party distributors.

**D. Defendant Cody Runnels—the world-famous wrestler who promotes himself as "The American Nightmare"—wrestled with Defendant World Wrestling Entertainment (WWE) from 2007 to 2016.**

27.    Defendant Cody Runnels is a famous wrestler. His pseudonym is "Cody Rhodes," and his stage name is "The American Nightmare." This moniker is an ode to Runnels' father, Dusty Rhodes, who went by "The American Dream."

28.    Music and clothes associated with counterculture, including punk rock, are central to Runnels' "The American Nightmare" persona. For example, the song *Kingdom* by the band Downstait, which draws heavily on both punk rock and rock n' roll, plays as Runnels' walk-on song and when he triumphs over his opponents in the arena.

29.    Runnels' star rose in the wrestling world when he wrestled for Defendant World Wrestling Entertainment, LLC (WWE) between 2007 and 2016.

30.    WWE is a popular "professional wrestling promotion." It is a media

and entertainment company that produces and promotes live wrestling matches and distributes videos of these matches internationally via television and online. WWE hosts wrestling matches throughout the world, including in California.

**E.  When Runnels was associated with All Elite Wrestling, he sought to trademark "The American Nightmare" in entertainment services, which Eisold legally opposed.**

31.     Around 2016, Runnels left WWE and spent a few years on the independent wrestling circuit. In 2019, he co-founded, served as an executive vice-president of, and wrestled with All Elite Wrestling (AEW), another "professional wrestling promotion."

32.     On March 10, 2019, Runnels filed application serial no. 88/333,305 with the USPTO, seeking to register the trademark consisting of the word "The American Nightmare" ("Runnels Mark") in class 41. Runnels' application and a picture of the Runnels Mark are attached as Exhibit 3.

33.     Eisold scrupulously enforced and protected the Eisold Mark against Runnels' infringement. Eisold objected to and timely filed his opposition to Runnels' application in the Trademark Trial and Appeal Board ("TTAB") of the USPTO on August 21, 2019.

34.     Eisold's opposition was assigned to TTAB proceeding no. 91250336. In that proceeding, Runnels counterclaimed, seeking to cancel the Eisold Mark.

**F.  Eisold and Runnels settled, allowing the wrestler to use "The American Nightmare" on clothes so long as they prominently feature Runnels' name, his name and likeness, or substantial indicia associated with wrestling.**

35.     On March 14, 2021, Eisold and Runnels entered into a settlement agreement. A copy of the settlement agreement is attached as Exhibit 4. Eisold signed the agreement in California, and Runnels signed in Ohio.

36.     In section 1(a) of the agreement, Eisold consented to Runnels'

registration of "The American Nightmare" in connection solely with class 41, i.e., entertainment services.

37.     In section 1(b), Eisold allowed Runnels to use (but not register) the Runnels Mark in connection with clothing and apparel in class 25 on the condition that the clothes feature—75% bigger than the Runnels Mark—Runnels' name, Runnels' name and likeness, or substantial indicia associated with wrestling.

38.     In section 2, Runnels agreed to pay Eisold $30,000.

39.     In section 4(a), Eisold and Runnels agreed to withdraw their filings in the TTAB proceedings.

40.     Section 4(b) states that the parties will reasonably cooperate to prevent reoccurrences of any confusion resulting from their concurrent use of the two marks.

41.     Section 4(c) provides that "no Party shall assist any third party in taking any action, or cause or request any third party to take any action, that the Party is prohibited from taking under this Agreement."

42.     Section 7(c) bound to the agreement the parties' principals, owners, successors, assigns, licensees, affiliates, and others acting by or through them, under their direction, or in privity with them.

43.     Eisold has fully performed his obligations under the settlement agreement and all conditions precedent that the agreement requires him to perform. Eisold has allowed Runnels to register the Runnels Mark in class 41 and to use the Runnels Mark in class 25, he has withdrawn his filings in the TTAB proceeding, and, as laid out below, he has attempted to reasonably cooperate with Runnels to prevent confusion over their concurrent use of the two marks.

44.     Discovery will likely show that Runnels did not breach the settlement agreement when he was with AEW. Runnels, as discovery will likely show, was uncomfortable with violating the settlement agreement; as an executive of AEW, he did not want to draw negative attention or liability to the fledging company, and he did not want to foot the bill if Eisold were to sue.

**G. Runnels re-joined WWE in 2022, and Defendant Fanatics, LLC, WWE, and Runnels began selling clothes that violate the settlement agreement and infringe Eisold's trademark.**

45.     Before or around January 2022, Runnels re-signed with WWE. WWE and its merchandising partner and sublicensee Fanatics, LLC immediately sought to make a mint by promoting Runnels' "American Nightmare" image, including by licensing and selling apparel featuring Runnels' name, image, and fame.

46.     Fanatics, LLC ("Fanatics") promotes itself as "global digital sports platform" and has several loosely organized subsidiaries, sibling businesses, and parent companies. Fanatics runs and is the proprietor of the e-commerce site, Fanatics.com. Fanatics.com targets California residents by selling clothes featuring the names and logos of California sports teams. Fanatics and its subsidiaries (including Lids) have retail locations throughout California. WWE Shop is WWE's official e-commerce site; the site labels itself as a "Fanatics Experience." The WWE Shop is co-run by or licensed to Fanatics. Both e-commerce sites sell WWE merchandise, including apparel.

47.     Runnels' reunion with WWE was publicly confirmed when he participated in the first night of "WrestleMania 38" on April 2, 2022. Runnels' fame has exploded since returning to WWE; he is now by far the most prominent of the two hundred and fifty WWE "Superstars." He reigns as the "Undisputed WWE Champion"—WWE's most competitive and infamous championship. Runnels is the top-listed Superstar on the "Champions" page on the WWE website.

48.     Capitalizing on Runnels' return to WWE, Defendants manufacture, produce, market, distribute, and sell clothes that nakedly violate sections 1, 4, 7, and other provisions of the settlement agreement and the Eisold Mark. The infringing clothes ("Runnels Apparel") brandish the text "American Nightmare" without featuring Runnels' name, his name and likeness, or substantial indicia associated with wrestling, or they do so in a de minimis manner. The Runnels Apparel are

KING, HOLMES,
PATERNO &
SORIANO, LLP

4572.061/3025519.1
SECOND AMENDED COMPLAINT

9

Case No. 2:24-cv-07516-AB (MARx)

counterculture or punk styled and often feature a winged skull embossed with the stars and stripes ("Runnels Logo"), a black-and-white winged skull, or various representations of the American flag. Pictures of the Runnels Apparel are attached as Exhibit 6.

49.     Runnels entered into a licensing agreement or has otherwise allowed WWE and Fanatics to manufacture, produce, market, distribute, and sell the Runnels Apparel. WWE has sublicensed or has otherwise allowed Fanatics to manufacture, produce, market, distribute, and sell the Runnels Apparel. Defendants sell the clothes nationwide on Runnels' Instagram page, the WWE Shop, Fanatics.com and at third-party stores, subsidiary retailers, and e-commerce sites, including Hot Topic, The Wrestling Guy Store, Chalk Line, Wal-Mart, Amazon, Target, and Tik Tok Shop.

50.     Under the licensing and sublicensing agreements, Runnels specifically approves each item of Runnels Apparel before sale. He has approved all apparel designed by WWE, Fanatics, and others that fail to comply with the settlement agreement and infringe on Eisold's trademark.

51.     WWE and Fanatics knew about the Eisold Mark and the settlement agreement before they began to make and sell the Runnels Apparel. Although the relevant facts concerning WWE's and Fanatics' knowledge are within only their possession and control, discovery will likely reveal that WWE and Fanatics ran due diligence before entering into any licensing agreement with Runnels. Bare minimum, representatives of WWE and Fanatics would have checked whether Runnels or someone else owned the trademark for "The American Nightmare" and other symbols and monikers employed by Runnels. Representatives of WWE and Fanatics would have searched for "American Nightmare" in the USPTO trademark database and found the registrations of the Eisold Mark and the Runnels Mark. The USPTO records accompanying the registrations included extensive records and filings about Eisold's opposition to Runnels' registration and the TTAB

proceedings. WWE and Fanatics representatives would have read that Eisold and Runnels suspended the TTAB proceedings to negotiate a settlement and that the parties jointly stipulated to dismiss the case. Based on those findings, WWE and Fanatics would have reached out to Runnels and his representatives to obtain a copy of the settlement agreement. Representatives of WWE and Fanatics would have researched Eisold and American Nightmare and discovered that they sold the Eisold Apparel. WWE and Fanatics would have become familiar with the Eisold Apparel and the goodwill they represent.

52.    WWE and Fanatics intentionally caused Runnels to breach the settlement agreement, which would have been performed but for the inducement. WWE and Fanatics designed clothes that violated the settlement agreement and intentionally sent those clothes to Runnels for approval. Although further relevant facts concerning causation are within the possession and control of Defendants, discovery will likely reveal evidence that WWE and Fanatics provided assurances to Runnels that they would financially protect him if Eisold were to sue over the Runnels apparel. Representatives of WWE and Fanatics knew that Eisold had accepted just $30,000 under the settlement agreement, and discovery will likely show that they believed that Eisold did not care to enforce his trademark and, even if he did, that he did not have the funds to defend the Eisold Mark against the combined resources of the two companies. Discovery will likely show that WWE and Fanatics determined that any cost of litigation would be miniscule compared to the money Defendants would collectively make by selling the Runnels Apparel. Discovery will likely show that WWE and Fanatics decided that Runnels was an asset worth protecting at all costs, given his Superstar status. Discovery will likely show that Runnels felt pressured to appease the two companies when he first re-joined WWE. Thus, as discovery will likely show, WWE and Fanatics impressed on Runnels that they would protect him if litigation were to erupt over the Runnels Apparel, which emboldened and pressured Runnels to approve apparel designed by

1    WWE and Fanatics that violate the Eisold Mark.

2    **H. Defendants' infringing apparel directly compete with Eisold's apparel,**

3    **eating into Eisold's profits.**

4    53.    Eisold received an email from a fan in early 2022—within one year of

5    the execution of the settlement agreement and around the time that Runnels re-

6    signed with WWE. The fan inquired about one of the Runnels Apparel—a t-shirt—

7    that Defendants were selling online. The shirt prominently features the Eisold Mark

8    and a stars-and-stripes winged skull sporting a crown; a tiny WWE logo is featured

9    on the left sleeve ("Runnels Crown T-shirt"). A picture of the Runnels Crown T-

10   shirt is attached as Exhibit 5. At this point, Eisold discovered that Defendants were

11   selling the Runnels Apparel.

12   54.    The similarity between the Eisold Apparel and Runnels Apparel has

13   caused widespread consumer confusion. Fans of WWE and wrestling frequently tag

14   American Nightmare in Facebook and social media posts. Fans who have emailed

15   Eisold and those who have tagged both Runnels and the band in posts have asked if

16   Eisold endorses or approves of Runnels or the Runnels Apparel. Fans of both

17   Runnels and American Nightmare purchase the Runnels Apparel. Fans attending

18   American Nightmare concerts and other events—including in California and

19   specifically this judicial district—wear both the Runnels Apparel and the Eisold

20   Apparel. Fans of Runnels and Eisold commonly make, buy, and wear clothes that

21   mix Eisold Mark, the Runnels Mark, the Eisold Angel Logo, the Eisold Shield

22   Logo, the Runnels Logo, and references to both parties. For example, one fan posted

23   on Instagram a picture of him wearing a muscle shirt brandishing the Eisold Angel

24   Logo and the text "American Dream"—a reference to Runnels and his father. A

25   picture of the Instagram post and another post depicting a confused Runnels fan are

26   attached as Exhibit 7.

27   55.    Because the parties use the same marketing channels and target

28   consumers of counterculture and punk rock, the Runnels Apparel cannibalizes the

Eisold Apparel in their shared market. Searching "American Nightmare merchandise," "American Nightmare clothing," or "American Nightmare shirts" on search engines yields links to both the Eisold Apparel and the Runnels Apparel. Moreover, the popular retailer, Hot Topic, is an official distributor of both the Eisold Apparel and the Runnels Apparel. Hot Topic runs an e-commerce site and stores (including in Los Angeles); the company is widely associated with selling counterculture clothes and merchandise.

56.    By any measure, Eisold has suffered significant economic and reputational damages and the Eisold Mark has lost goodwill because of Defendants' sale of the Runnels Apparel, although the extent of damages cannot be ascertained before discovery. Sales of the Runnels Apparel have negatively affected Eisold's profits from the Eisold Apparel. Although Defendants' earnings from the Runnels Apparel is known only to Defendants, it is clear that Defendants have reaped extraordinary profits from infringing the Eisold Mark. In 2022, WWE netted close to $1.3 million from selling commercial products, including clothes. WWE "primarily" credits its success to "the continuing popularity of our Superstars"— Superstars like Runnels.[1]

**I.  Runnels, WWE, and Fanatics have ignored Eisold's repeated notices of their unlawful conduct.**

57.    On April 15, 2022 (i.e., 13 days after Runnels' reunion with WWE was publicly confirmed at WrestleMania 38), Eisold's prior counsel emailed Runnels' counsel that Defendants were selling the Runnels Crown T-shirt and that the shirt violated the settlement agreement. Discovery will likely show that Runnels or his

---

[1] *Licensing*, W, https://corporate.wwe.com/what-we-do/consumer-products/licensing (last visited Aug. 19, 2024) [https://perma.cc/HNL2-SH8U];*WWE® Reports Record Full Year 2022 Results*, W (Feb. 2, 2023), https://corporate.wwe.com/investors/news/press-releases/2023/02-02-2023-210607072 [https://perma.cc/H59T-2YBK].

representatives shared the email—including details about how the shirt violated the settlement agreement—with representatives of WWE and Fanatics.

58.   Defendants never responded to the April 15, 2022 email. Instead, Defendants ignored Eisold and continued to sell the Runnels Apparel.

59.   In 2024, Eisold sent three cease and desist letters to Defendants. On April 18, 2024, Eisold's counsel sent a cease and desist letter to Michael Rubin, the Chief Executive Officer of Fanatics. The letter notified Fanatics of its unlawful conduct. Fanatics shared this letter with WWE and, as discovery will likely show, with Runnels. On May 21, 2024, Eisold's counsel sent a cease and desist letter to Runnels. The letter advised Runnels that he unlawfully uses the Runnels Mark. As discovery will likely show, Runnels or his representatives shared this letter with WWE and Fanatics. On May 31, 2024, counsel for WWE sent a letter to Eisold's counsel, stating that Fanatics had referred the dispute to WWE.

60.   Defendants have ignored these three cease and desist letters and continue to sell the Runnels Apparel. To date, Eisold has received no other correspondence from Defendants.

61.   To protect himself and his trademark, Eisold has no choice but to sue.

## CLAIMS

### FIRST CAUSE OF ACTION

### BREACH OF CONTRACT

*By Eisold against Runnels*

62.   Eisold realleges and incorporates paragraphs 1 through 70.

63.   The settlement agreement between Eisold and Runnels is a valid, enforceable, and binding written contract.

64.   Eisold has performed all obligations and conditions precedent required by the settlement agreement.

65.   Runnels has not performed all obligations and conditions precedent required by the settlement agreement.

66.    Runnels has materially and substantially breached the contract.

67.    Eisold was harmed.

68.    As a result of Runnels' breach, Eisold has suffered damages.

69.    The general damages flow directly from and are the natural and probable consequences of Runnels' breach.

70.    Eisold is entitled to collect attorney fees under section 7(h) of the settlement agreement and because Runnels has acted in bad faith, vexatiously, wantonly, or for oppressive reasons.

## SECOND CAUSE OF ACTION

### INDUCING BREACH OF CONTRACT

*By Eisold against WWE and Fanatics*

71.    Eisold realleges and incorporates paragraphs 1 through 69.

72.    The settlement agreement is a valid and enforceable written contract between Eisold and Runnels.

73.    WWE and Fanatics knew of the settlement agreement.

74.    WWE and Fanatics intentionally caused Runnels to breach his contract with Eisold.

75.    The settlement agreement was breached, resulting in injury to Eisold.

76.    WWE's and Fanatics' unjustified and wrongful conduct caused the breach of the settlement agreement and Eisold's injury.

77.    As a result of WWE's and Fanatics' inducement, Eisold has suffered damages.

78.    Eisold has no adequate remedy at law.

79.    Eisold is entitled to collect attorney fees under section 7(h) of the settlement agreement and because WWE and Fanatics have acted in bad faith, vexatiously, wantonly, and for oppressive reasons.

## **THIRD CAUSE OF ACTION**

## **INTENTIONAL INTERFERENCE WITH CONTRACTUAL RELATIONS**

*By Eisold against WWE and Fanatics*

80.    Eisold realleges and incorporates paragraphs 1 through 79.

81.    The settlement agreement between Eisold and Runnels is a valid and enforceable written contract.

82.    WWE and Fanatics knew about the settlement agreement.

83.    WWE's and Fanatics' intentional acts were designed to induce a breach or disruption of the settlement agreement. WWE and Fanatics acted maliciously and intentionally to prevent, hinder, render more expensive, and make more difficult the performance of the settlement agreement, and they were certain or substantially certain that this would occur.

84.    There was both actual breach of the settlement agreement and actual disruption of the contractual relationship between Eisold and Runnels.

85.    As a result of WWE's and Fanatics' interference, Eisold has suffered damages.

86.    Eisold has no adequate remedy at law.

87.    Eisold is entitled to collect attorney fees under section 7(h) of the settlement agreement and because WWE and Fanatics have acted in bad faith, vexatiously, wantonly, and for oppressive reasons

## **FOURTH CAUSE OF ACTION**

## **FEDERAL TRADEMARK INFRINGEMENT**

*By Eisold against All Defendants*

88.    Eisold realleges and incorporates paragraphs 1 through 87.

89.    Eisold owns the federally registered Eisold Mark in connection with clothes and apparel (class 25).

90.    Defendants' unauthorized use in commerce of the infringing mark is likely to deceive consumers as to the origin, source, sponsorship, or affiliation of the

Runnels Apparel.

91.    Defendants' conduct is likely to cause consumers to believe, contrary to reality, that the Runnels Apparel are sold, authorized, endorsed, or sponsored by Eisold or that Defendants are in some way affiliated with or sponsored by Eisold.

92.    Defendant's conduct therefore constitutes trademark infringement in violation of Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1).

93.    On information and belief, Defendants have, with full knowledge of Runnels' prior rights in the Eisold Mark and have willfully intended to cause confusion and trade on Eisold's goodwill.

94.    Defendants' conduct causes immediate and irreparable harm and injury to Eisold and to his goodwill and reputation, and their actions will continue to damage Eisold and confuse the public unless enjoined by this court.

95.    Eisold has no adequate remedy at law.

96.    As a result of Defendants' trademark infringement, Eisold has suffered damages.

97.    Eisold is entitled to, among other relief, injunctive relief; an award of actual damages, Defendants' profits, enhanced damages and profits; reasonable attorney fees; and costs of this action under Sections 34 and 35 of the Lanham Act, 15 U.S.C. §§ 1116 and 1117, together with prejudgment and post-judgment interest. Eisold is further entitled to collect attorney fees because Defendants have acted in bad faith, vexatiously, wantonly, and for oppressive reasons.

## FIFTH CAUSE OF ACTION

### UNFAIR COMPETITION

### CALIFORNIA BUSINESS & PROFESSIONAL CODE

### SECTION 17200 ET SEQ.

*By Eisold against All Defendants*

98.    Eisold realleges and incorporates paragraphs 1 through 97.

99.    Runnels has engaged in unlawful, unfair, and fraudulent business acts

King, Holmes,
Paterno &
Soriano, LLP

4572.061/3025519.1

SECOND AMENDED COMPLAINT

17

Case No. 2:24-cv-07516-AB (MARx)

or practices by breaching the settlement agreement and infringing Eisold's
trademark.

100.    WWE and Fanatics have engaged in unlawful, unfair, and fraudulent
business acts or practices by inducing Runnels' breach of the settlement agreement
and by intentionally interfering with contractual relations between Eisold and
Runnels.

101.    Eisold has suffered an injury in fact and has lost money or property as a
result of such unfair competition.

102.    Eisold is entitled to an amount of restitution to be proven at trial and
injunctive relief to permanently enjoin Defendants from engaging in the unlawful,
unfair, and fraudulent business acts and practices described in this Complaint.

103.    Eisold is further entitled to collect attorney fees because Defendants
have acted in bad faith, vexatiously, wantonly, and for oppressive reasons.

## **PRAYER FOR RELIEF**

Eisold requests that this Court:

1.      Conduct a jury trial on all issues triable by a jury.

2.      Enter judgment against Runnels that he has committed breach of
contract, federal trademark infringement under 15 U.S.C. § 1114, and unfair
competition under California Business & Professional Code section 17200 et seq.

3.      Enter judgment against WWE and Fanatics that they have committed
inducement of breach of contract, intentional interference with contractual relations,
federal trademark infringement under 15 U.S.C. § 1114, and unfair competition
under California Business & Professional Code section 17200 et seq.

4.      On Count One, award damages in favor of Eisold of an amount to be
determined at trial but no less than $250,000.

5.      On Count Two, award damages in favor of Eisold of an amount to be
determined at trial but no less than $250,000.

6.      On Count Three, award damages in favor of Eisold of an amount to be

determined at trial but no less than $250,000.

7.    On Count Four, award damages in favor of Eisold of an amount to be determined at trial but no less than $300,000, i.e., treble damages of $100,000 in accordance with Section 35(a) of the Lanham Act. 15 U.S.C. § 1117(a).

8.    On Count Five, award restitution to Eisold of an amount to be determined at trial.

9.    Determine that Defendants willfully committed each alleged act.

10.    Grant an injunction temporarily, preliminarily, and permanently enjoin the sale of the Runnels Apparel by Defendants; their employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries, and assigns; and those in active concert with Defendants.

11.    Award Eisold punitive and exemplary damages as the Court finds appropriate to deter future willful infringement.

12.    Award Eisold the maximum prejudgment interest allowed by law. Cal. Civ. Code § 3289(b).

13.    Award Eisold the maximum post-judgment interest allowed by law. 28 U.S.C. § 1961.

14.    Award Eisold costs.

15.    Award Eisold reasonable attorney fees.

16.    Award any other just and proper relief.

DATED: December 13, 2024         KING, HOLMES, PATERNO & SORIANO, LLP


By: _____/s/ Howard E. King_____
           HOWARD E. KING
         HEATHER L. PICKERELL
   Attorneys for Plaintiff WESLEY EISOLD

# EXHIBIT 1

# United States of America

## United States Patent and Trademark Office

# American Nightmare

**Reg. No. 5,089,055**

**Registered Nov. 29, 2016**

**Int. Cl.: 9, 25, 41**

**Service Mark**

**Trademark**

**Principal Register**

Eisold, Wesley (UNITED STATES INDIVIDUAL)
5931 1/2 Franklin Ave.
Los Angeles, CA 90028

CLASS 9: Pre-Recorded digital, downloadable, and physical media, namely, audio files, cassettes, CDs, discs, DVDs, hard drives, MP3s, phonograph records, records, tapes, vinyl, and WAV files, featuring music, images, videos, and performances by musicians and entertainers

FIRST USE 12-31-1999; IN COMMERCE 12-31-1999

CLASS 25: Clothing and apparel, namely, shirts, sweatshirts, jackets; Headwear

FIRST USE 2-28-2000; IN COMMERCE 2-28-2000

CLASS 41: Entertainment services, namely, live performances by a musical group; arranging and organizing live musical performances; music publishing services; providing a website featuring information, commentary, and news about arts, musical events, and music accessible over the Internet, mobile apps, and computer/digital networks

FIRST USE 2-28-2000; IN COMMERCE 2-28-2000

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-430,356, FILED 10-21-2014
DOUGLAS M LEE, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at h** ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 2



















Enjoy free US shipping on orders over $250. Enter VIVA at checkout.

Heartworm Press     The Daily Planet     New Arrivals



## Angel Champion Hoodie

| Small | Medium | Large | X-Large | XXL |
|-------|--------|-------|---------|-----|



Sold out

Enjoy free US shipping on orders over $250. Enter VIVA at checkout.



American Nightmare

# Angel Long Sleeve

Small    Medium    Large    X-Large


Sold out

# EXHIBIT 3

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 88333305**
**Filing Date: 03/10/2019**

*NOTE: Data fields with the* \* *are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | THE AMERICAN NIGHTMARE |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | THE AMERICAN NIGHTMARE |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Cody Runnels |
| *STREET | c/o Shumaker Loop,1000 Jackson St. |
| *CITY | Toledo |
| *STATE (Required for U.S. applicants) | Ohio |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 43604 |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | INDIVIDUAL |
| * COUNTRY OF CITIZENSHIP | United States |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 041 |
| *IDENTIFICATION | Entertainment services, namely, live appearances by a **professional wrestler and sports entertainment personality**; Entertainment services, namely, personal appearances by a **professional wrestler and sports entertainment personality**; Entertainment services, namely, wrestling exhibits and performances by a professional wrestler and entertainer; |

|  | Entertainment services, namely, providing podcasts in the field of **professional wrestling and sports entertainment**; Entertainment services, namely, providing video podcasts in the field of **professional wrestling and sports entertainment** |
|---|---|
| *FILING BASIS | SECTION 1(b) |

## ADDITIONAL STATEMENTS INFORMATION

| *TRANSLATION (if applicable) | |
|---|---|
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |

## ATTORNEY INFORMATION

| NAME | MICHAEL E. DOCKINS |
|---|---|
| FIRM NAME | Shumaker Loop & Kendrick |
| STREET | 1000 JACKSON ST. |
| CITY | TOLEDO |
| STATE | Ohio |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 43604 |
| PHONE | 419-321-1473 |
| FAX | 419-241-6894 |
| EMAIL ADDRESS | mdockins@shumaker.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| OTHER APPOINTED ATTORNEY | Doug Miller, Bill Clemens, Bill Ziehler, Scott Seaman, Kristen Fries |

## CORRESPONDENCE INFORMATION

| *NAME | MICHAEL E. DOCKINS |
|---|---|
| FIRM NAME | Shumaker Loop & Kendrick |
| *STREET | 1000 JACKSON ST. |
| *CITY | TOLEDO |
| *STATE (Required for U.S. addresses) | Ohio |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 43604 |
| PHONE | 419-321-1473 |
| FAX | 419-241-6894 |
| *EMAIL ADDRESS | mdockins@shumaker.com; hpeppard@shumaker.com; tlopez@shumaker.com |

| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
|---|---|

## FEE INFORMATION

| APPLICATION FILING OPTION | TEAS Plus |
|---|---|
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 225 |
| *TOTAL FEE PAID | 225 |

## SIGNATURE INFORMATION

| * SIGNATURE | /Michael E. Dockins/ |
|---|---|
| * SIGNATORY'S NAME | MICHAEL E. DOCKINS |
| * SIGNATORY'S POSITION | Attorney for applicant |
| SIGNATORY'S PHONE NUMBER | 419-321-1473 |
| * DATE SIGNED | 03/10/2019 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 88333305**
**Filing Date: 03/10/2019**

## To the Commissioner for Trademarks:

**MARK:** THE AMERICAN NIGHTMARE (Standard Characters, see mark)
The mark in your application is THE AMERICAN NIGHTMARE.

The applicant, Cody Runnels, a citizen of United States, having an address of
    c/o Shumaker Loop,1000 Jackson St.
    Toledo, Ohio 43604
    United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
   International Class 041:  Entertainment services, namely, live appearances by a professional wrestler and sports entertainment personality; Entertainment services, namely, personal appearances by a professional wrestler and sports entertainment personality; Entertainment services, namely, wrestling exhibits and performances by a professional wrestler and entertainer; Entertainment services, namely, providing podcasts in the field of professional wrestling and sports entertainment; Entertainment services, namely, providing video podcasts in the field of professional wrestling and sports entertainment
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services. (15 U.S.C. Section 1051(b)).

The applicant's current Attorney Information:
    MICHAEL E. DOCKINS and Doug Miller, Bill Clemens, Bill Ziehler, Scott Seaman, Kristen Fries of Shumaker Loop & Kendrick    1000 JACKSON ST.
    TOLEDO, Ohio 43604
    United States
    419-321-1473(phone)
    419-241-6894(fax)
    mdockins@shumaker.com (authorized)

The applicant's current Correspondence Information:
    MICHAEL E. DOCKINS
    Shumaker Loop & Kendrick
    1000 JACKSON ST.
    TOLEDO, Ohio 43604
    419-321-1473(phone)
    419-241-6894(fax)
    mdockins@shumaker.com;hpeppard@shumaker.com; tlopez@shumaker.com (authorized)
**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or the applicant's attorney, or the applicant's domestic representative at the e-mail address provided in this application. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in the loss of TEAS Plus status and a requirement to submit an additional processing fee of $125 per international class of goods/services.

A fee payment in the amount of $225 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

☑ **Basis:**
   **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

   **AND/OR**
   **If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Michael E. Dockins/   Date: 03/10/2019
Signatory's Name: MICHAEL E. DOCKINS
Signatory's Position: Attorney for applicant
Signatory's Phone Number: 419-321-1473
Payment Sale Number: 88333305
Payment Accounting Date: 03/11/2019

Serial Number: 88333305
Internet Transmission Date: Sun Mar 10 23:47:24 EDT 2019
TEAS Stamp: USPTO/FTK-XX.XXX.XXX.XXX-201903102347241
51144-88333305-620178861c9db2947c328cd2c
b6f1f2bb8f26e5b4bf1d14856844dfc4af0d798-
DA-7954-20190310234200794365

# THE AMERICAN NIGHTMARE

# EXHIBIT 4

## SETTLEMENT AND COEXISTENCE AGREEMENT

THIS SETTLEMENT AND COEXISTENCE AGREEMENT (the "**Agreement**"), effective as of the date of full execution (the "**Effective Date**"), is by and between, Wesley Eisold ("**Eisold**"), a California individual with an address of c/o Kia Kamran P.C., 1900 Avenue of the Stars, 25th Floor, Los Angeles, California 90067 and Cody Runnels aka Cody Rhodes ("**Runnels**"), an Ohio individual with an address of c/o Michael E. Dockins, Esq., Shumaker, Loop & Kendrick, LLP, 1000 Jackson Street Toledo, Ohio 43604-5573 (each a "**Party**" and together the "**Parties**").

WHEREAS Eisold performs, records, and distributes music, clothing and apparel, and related goods and services under the mark <u>AMERICAN NIGHTMARE</u>, and owns U.S. Registration No. 5,089,055 for the mark <u>AMERICAN NIGHTMARE</u> (the "**Eisold Mark**") in International Classes 009, 025, and 041 at the United States Patent and Trademark Office ("**USPTO**");

WHEREAS, on March 10, 2019, Runnels filed Application Serial No. 88/333,305 (the "**Application**") with the USPTO seeking to register the mark <u>THE AMERICAN NIGHTMARE</u> (the "**Runnels Mark**") for use in connection with the following services in International Class 041: "*Entertainment services, namely, live appearances by a professional wrestler and sports entertainment personality; Entertainment services, namely, personal appearances by a professional wrestler and sports entertainment personality; Entertainment services, namely, wrestling exhibits and performances by a professional wrestler and entertainer; Entertainment services, namely, providing podcasts in the field of professional wrestling and sports entertainment; Entertainment services, namely, providing video podcasts in the field of professional wrestling and sports entertainment*" (the "**Runnels Services**");

WHEREAS, Eisold objected to Runnels' use and registration of the Runnels Mark, including by timely filing a Notice of Opposition against the Application in the Trademark Trial and Appeal Board ("**TTAB**") of the USPTO on August 21, 2019, which opposition has been assigned Proceeding No. 91250336 (the "**Opposition**");

WHEREAS, on September 30, 2019, Runnels filed an answer to Eisold's Opposition, and counterclaimed to cancel the Eisold Mark with the TTAB in Proceeding No. 91250336 (the "**Counterclaim**");

WHEREAS, the Parties desire to resolve amicably the dispute between them concerning the Eisold Mark, the Runnels Mark, the Application, Opposition, and Counterclaim.

NOW, THEREFORE, in consideration of the promises and undertakings contained herein and for other good and valuable consideration, the receipt and sufficiency of which the Parties hereby acknowledge, the Parties, intending to be legally bound, agree as follows:

1.    <u>Eisold's Conditional Consent to Registration and Use of the Runnels Mark.</u>

Expressly contingent on Eisold's receipt in full of the Settlement Payment and Runnels' ongoing compliance with the terms hereof:



(a)     Eisold consents to Runnels' registration of the Runnels Mark in connection solely with the Runnels Services and shall not oppose, seek to cancel, or otherwise interfere with Runnels' registration that issues therefrom.

(b)     Eisold further consents to Runnels' use (but not registration) of the Runnels Mark in connection with clothing apparel in International Class 025 promoting the Runnels Goods and Services (collectively, the "**Runnels Apparel**") with the express condition that all uses of the Runnels Mark on or in connection with the Runnels Apparel (and on any Runnels-controlled websites, e-commerce pages, social media pages, advertisement, or other outlet used to sell or promote the Runnels Apparel) must contain, and be alongside the following, to appear in reasonably-placed and sized prominence as compared with the Runnels Mark (i.e. 75% or larger size as compared to the Runnels Mark):

      (i)      Runnels' name (i.e. Cody Rhodes) or

      (ii)     Runnels' name and likeness; or

      (iii)    substantial indicia indicating association with wrestling (e.g., the AEW company logo).

(c)     Except as expressly set forth herein, no further rights or permissions are being granted with respect to, or in connection with the Eisold Mark, all of which shall remain expressly reserved by Eisold.

2.     <u>Settlement Payment.</u>

Upon execution hereof, Runnels shall pay Eisold the sum of Thirty Thousand U.S. Dollars ($30,000 USD) (the "**Settlement Payment**") by wire to the following account:

Bank of America
Wesley Eisold
Acct: 000328523668
Routing: 121000358
Swift: BOFAUS3N

3.     <u>Default.</u>

Should Runnels fail to abide by the foregoing expressed conditions in 1(b) above, and provided also that ten (10) business days have passed since Eisold's notice of such failure with Runnels' failure to cure such default, Eisold shall have the right to, without in any way prejudicing its other rights and remedies, take any and all corrective actions necessary to prevent such default including but not limited to providing notification to any website, e-commerce site, social media host, and other channel of trade of Runnels' default and demanding compliance with 1(b).

## 4. Joint Undertakings.

(a) Within three (3) business days of Eisold's receipt of the Settlement Payment and Runnels' execution date hereof, the Parties shall withdraw their respective Opposition and Counterclaim with prejudice, and shall thereafter take any reasonable further steps necessary to ensure the dismissal of the Opposition.

(b) In the event that, despite the Parties' expectations, a Party becomes aware of any instances of actual confusion resulting from the concurrent use of their respective marks in accordance with the terms of this Agreement, the Parties shall reasonably cooperate to seek to prevent a reoccurrence.

(c) No Party shall assist any third party in taking any action, or cause or request any third party to take any action, that the Party is prohibited from taking under this Agreement.

## 5. Mutual Releases.

(a) Expressly contingent on Eisold's receipt in full of the Settlement Payment and Runnels' ongoing compliance with the terms hereof, Eisold, for himself and on behalf of his past, present, and future principals, officers, directors, agents, legal representatives, affiliates, subsidiaries, parents, predecessors, successors, and assigns, forever releases and fully discharges Runnels, together with his principals, officers, members, managers, directors, agents, and legal representatives, as well as his and their affiliates, subsidiaries, parents, predecessors, successors, and assigns, from any and all claims, actions, causes of action, suits, claims, liabilities, losses, damages, costs, debts, fees, expenses, demands, and any other obligations, whether known or unknown, matured or unmatured, related to the Opposition and Counterclaim up to the Effective Date.

(b) Expressly contingent on Runnels' receipt of the signed copy hereof, Runnels, for himself and on behalf of his past, present, and future principals, officers, directors, agents, legal representatives, affiliates, subsidiaries, parents, predecessors, successors, and assigns, forever releases and fully discharges Eisold, his principals, officers, directors, agents, and legal representatives, as well as his and their affiliates, subsidiaries, parents, predecessors, successors, and assigns from any and all claims, actions, causes of action, suits, claims, liabilities, losses, damages, costs, debts, fees, expenses, demands, and any other obligations, whether known or unknown, matured or unmatured, related to the Opposition and Counterclaim up to the Effective Date.

## 6. Notice.

All notices, instructions, consents, and other communications pursuant to this Agreement shall be in writing and shall be given by overnight courier using the addresses set forth below, or such other address as a Party may direct. All notices shall be deemed effective one (1) business day

following deposit with any overnight courier service. Any change in the recipient of notices shall be provided pursuant to the requirements of this provision.

| To: Runnels | To: Eisold |
|---|---|

Cody Runnels
1000 Jackson St.
Toledo, OH 43604 USA

Wesley Eisold
5931 1/2 Franklin Ave.
Los Angeles CA 90028 USA

With a courtesy copy by email to:

With a courtesy copy by email to:

Michael Dockins, Esq.
SHUMAKER LOOP & KENDRICK
1000 JACKSON ST
Toledo, OH 43604
MDockins@shumaker.com

Kia Kamran, Esq.
Kia Kamran, P.C.
1900 Avenue of the Stars, 25th Floor
Los Angeles, California 90067
Kia@TuneLaw.com

7.     <u>General Provisions.</u>

(a)     <u>Territory</u>.  The geographic scope of this agreement shall be worldwide.

(b)     <u>Reservation of Rights</u>.  The Parties reserve all rights not expressly addressed by this Agreement.

(c)     <u>Binding Nature</u>.  This Agreement shall be binding on and inure to the benefit of the Parties and their principals, owners, successors, assigns, licensees, affiliates, and all others acting by or through them or with or under their direction or in privity with them.

(d)     <u>Authority</u>.  Each Party represents and warrants that it has full authority to enter into this Agreement.  Each Party knowingly enters into this Agreement, has the legal capacity to enter into this Agreement and to carry out all obligations and requirements herein, and consulted or had the opportunity to consult with counsel to approve the form and content of this Agreement.

(e)     <u>Entire Agreement</u>.  This Agreement constitutes the entire understanding between the Parties with respect to the subject matter hereof and supersedes all other understandings and agreements between them, whether written or oral.

(f)     <u>No Oral or Implied Modification or Waiver</u>.  This Agreement may not be changed, modified, extended, terminated, or discharged except in a writing signed by both Parties.  No Party shall be deemed to have waived any of its rights hereunder except in a writing signed by both Parties and specifically referring to this Agreement and the right that is being waived.

(g)     <u>Intentionally Deleted</u>.

(h)     <u>Attorneys' Fees</u>.  In the event that any action, suit, or other proceeding is instituted concerning or arising out of this Agreement, the prevailing Party shall recover all of such Party's reasonable costs and reasonable attorneys' fees incurred in each and every such action, suit, or other proceeding, including any and all appeals or petitions therefrom, whether such costs and attorneys' fees incurred prior to or after judgment is entered

(i)     <u>Duration</u>.  This Agreement shall remain in force so long as both Parties continue to use their respective marks.

(j)     <u>Severability</u>.  If any provision or provisions of this Agreement are held to be invalid, illegal or unenforceable, in whole or in part, under any law or regulation, by a court of competent jurisdiction, then such provision or portion of such provision, as appropriate, shall remain in effect only to the extent that it is valid and the validity, legality and enforceability of the remaining provisions of this Agreement shall remain in full force and effect and shall in no way be affected, impaired or invalidated thereby.

(k)     <u>Force and Effect</u>.  This document shall be of no force and effect unless and until duly executed by all Parties hereto.

(l)     <u>Counterparts</u>.  This Agreement may be executed in any number of counterparts, each of which shall be deemed an original, but all of which taken together shall constitute one and the same instrument.  The Agreement may be executed by any party through the means of fax copy or by the exchange of signatures through email in unmodifiable digital file formats (e.g. PDF), or by Docusign or similar digital signature technology, and such fax, PDF signature, or other digital signature technology means shall be effective, valid and enforceable as if it was an original signature for purposes of this Agreement.

IN WITNESS WHEREOF, the Parties have executed this Agreement on the dates indicated below:

CODY RUNNELS

Dated: _____ 3/14/21 _____     _____

WESLEY EISOLD

Dated: _____ 3/14/21 _____     _____

# EXHIBIT 5





# EXHIBIT 6



Search

Earn FanCash
& Save More ›

SUPERSTARS | TITLE BELTS | T-SHIRTS | APPAREL | HATS | ACCESSORIES | COLLECTIBLES | HOME & OFFICE | SALE | AUCTIONS

**HURRY! ENDS IN:** 06 HRS 04 MIN 45 SEC | **25% OFF** YOUR PURCHASE | USE CODE: **SUPERSTAR** | *Terms and Exclusions Apply. Promotional Details Offer expires 08/16/24 @ 11:59PM ET

CODY RHODES / CODY RHODES APPAREL / PRODUCT ID: 201625261









Officially Licensed Gear

### Men's ProSphere Black Cody Rhodes American Nightmare Flag T-Shirt

Select a size below in order to get shipping information or item stock status

Your Price: $44⁹⁹

💡 Most Popular

🛒 Last purchased 9 hours ago

**Size**                              SIZE CHART

| S | M | L | XL | 2XL | 3XL | 4XL |

**Quantity**

| 1 ⌄ |        **Add to Cart**

World's Largest Collection of Officially Licensed WWE Gear

You earn $0.45 FanCash on this item ⓘ

**Shipping** —

- Select a size above in order to get shipping information or item stock status

**Details** +

**Description** —

Do more than just hoot and holler for Cody Rhodes. Proudly show your admiration with this ProSphere American Nightmare Flag T-Shirt. Claim your wardrobe kingdom in the name of Cody Rhodes and hear the echoes of "WOAH OH!" after making a great decision to pick up this Superstar apparel.

**HURRY! ENDS IN:** 06 HRS 01 MIN 24 SEC

**25% OFF YOUR PURCHASE**

USE CODE: **SUPERSTAR**

*Terms and Exclusions Apply.
Promotional Details
Offer expires 08/16/24
@ 11:59PM ET*

CODY RHODES / CODY RHODES APPAREL / PRODUCT ID: 201321971





Officially Licensed Gear

### Men's Mad Engine Heather Charcoal Cody Rhodes American Nightmare T-Shirt

Ships Directly From a Trusted Partner

$22⁴⁹ with code: Superstar
Offer ends in 6hrs 1min 24sec!
Regular: $29⁹⁹

Coupon ☐ Apply Code Here!

🛒 Last purchased 6 hours ago

Color  Heather Charcoal

Size                                    SIZE CHART

| XS | S | M | L | XL | 2XL | 3XL |

Quantity

[ 1 ˅ ]       **Add to Cart**

World's Largest Collection of Officially Licensed WWE Gear

You earn $0.30 FanCash on this item ⓘ

**Shipping**                              −

- Ships directly from a trusted partner. This item ships on or before Thursday, August 22, 2024.

**Details**                               +

**Description**                           −

Channel your inner greatness with this Cody Rhodes T-Shirt from Mad Engine. Featuring Cody Rhodes American Nightmare graphics, this tee is exactly what you need to show respect for your favorite Superstar. Stand up and salute one of the best athletes on the planet with this awesome tee.


Earn FanCash
Save More >

| SUPERSTARS | TITLE BELTS | T-SHIRTS | APPAREL | HATS | ACCESSORIES | COLLECTIBLES | HOME & OFFICE | SALE | AUCTIONS |

**HURRY! ENDS IN:** 05 HRS  53 MIN  38 SEC  **25% OFF** YOUR PURCHASE  USE CODE: **SUPERSTAR**  *Terms and Exclusions Apply. Promotional Details Offer expires 08/16/24 @ 11:59PM ET

CODY RHODES / CODY RHODES APPAREL / PRODUCT ID: 200138075



Almost Gone!

Ready To Ship

  



Officially Licensed Gear

## Men's White Cody Rhodes American Nightmare Tank Top

In Stock - This item will ship within 1 business day.

$22⁴⁹ with code: Superstar
Offer ends in 5hrs 53min 38sec!
Regular: $29⁹⁹

Coupon ☐ Apply Code Here!
🛒 Last purchased an hour ago

Size                    SIZE CHART

[ S ]  M   L   XL   2XL

Quantity

[ 1  ⌄ ]          Add to Cart

♻ 90-DAY RETURNS

World's Largest Collection of Officially Licensed WWE Gear

You earn $0.30 FanCash on this item ⓘ

### Shipping                    —

- This item will ship within 1 business day.

### Details                    +

### Description                    —

Featuring a classic scoop neck design, this American Nightmare cotton tank top is a comfortable piece of gear to highlight your love for Cody Rhodes. The front shows off official graphics of your favorite WWE Superstar to ensure your fandom is clear. Perfect for warm-weather, this breezy tank is just the addition any Cody Rhodes fan needs in their wardrobe.


**W SHOP**
A ∀ Fanatics Experience

Earn FanCash
& Save More ›

| SUPERSTARS | TITLE BELTS | T-SHIRTS | APPAREL | HATS | ACCESSORIES | COLLECTIBLES | HOME & OFFICE | SALE | AUCTIONS |

**HURRY! ENDS IN:** 05 HRS 47 MIN 34 SEC — **25% OFF** YOUR PURCHASE — USE CODE: **SUPERSTAR**

*Terms and Exclusions Apply.*
*Promotional Details*
*Offer expires 08/16/24*
*@ 11:59PM ET*

CODY RHODES / CODY RHODES APPAREL / PRODUCT ID: 201625260





Officially Licensed Gear

### Men's ProSphere Black Cody Rhodes American Nightmare Flag Basketball Fashion Jersey

Select a size below in order to get shipping information or item stock status

**Your Price:** $69⁹⁹

or 4 payments of **$18.50** with **ZIP** ⓘ

🛒 Last purchased more than a day ago

| Size | | | | | | SIZE CHART |

XS  S  M  L  XL  2XL  3XL

Quantity

[ 1 ▾ ]   **Add to Cart**

World's Largest Collection of Officially Licensed WWE Gear

You earn $0.70 FanCash on this item ⓘ

**Shipping** —

- Select a size above in order to get shipping information or item stock status

**Details** +

**Description** —

Do more than just hoot and holler for Cody Rhodes. Proudly show your admiration with this ProSphere American Nightmare Flag Basketball Fashion Jersey. Claim your wardrobe kingdom in the name of Cody Rhodes and hear the echoes of "WOAH OH!" after making a great decision to pick up this Superstar apparel.







**SHOP**
A Fanatics Experience

Earn FanCash & Save More ›

| SUPERSTARS | TITLE BELTS | T-SHIRTS | APPAREL | HATS | ACCESSORIES | COLLECTIBLES | HOME & OFFICE | SALE | AUCTIONS |

**HURRY! ENDS IN:** 05 HRS 19 MIN 30 SEC

**25% OFF YOUR PURCHASE**

USE CODE: **SUPERSTAR**

*Terms and Exclusions Apply.
Promotional Details
Offer expires 08/18/24
@ 11:59PM ET

CODY RHODES / CODY RHODES APPAREL / PRODUCT ID: 201625259



 Officially Licensed Gear

## Men's ProSphere Black Cody Rhodes American Nightmare Flag Football Fashion Jersey

Ships Directly From a Trusted Partner

Your Price: $115.99

or 4 payments of $30.25 with **zip** ⓘ

🛒 Last purchased more than a day ago

### Size
SIZE CHART

| S | M | L | XL | 2XL | 3XL | 4XL |

### Quantity
1 ▾    **Add to Cart**



World's Largest Collection of Officially Licensed WWE Gear

You earn $1.16 FanCash on this item ⓘ

### Shipping   —
- Ships directly from a trusted partner. This item ships on or before Monday, August 26, 2024.

### Details   +

### Description   —

Do more than just hoot and holler for Cody Rhodes. Proudly show your admiration with this ProSphere American Nightmare Flag Football Fashion Jersey. Claim your wardrobe kingdom in the name of Cody Rhodes and hear the echoes of "WOAH OH!" after making a great decision to pick up this Superstar apparel.

  

A Fanatics Experience

HURRY! ENDS IN: **05** HRS **09** MIN **44** SEC

## 25% OFF YOUR PURCHASE

USE CODE: **SUPERSTAR**

*Terms and Exclusions Apply. Promotional Details Offer expires 08/16/24 @ 11:59PM ET*

CODY RHODES / CODY RHODES APPAREL / PRODUCT ID: 5230217



Ready To Ship

  



Officially Licensed Gear

### Men's Chalk Line Black Cody Rhodes Big Logo Retro Shorts

In Stock - This item will ship within 1 business day.

$41²⁴ with code: Superstar
Offer ends in 5hrs 9min 44sec!
Regular: $54⁹⁹

Coupon ☐ Apply Code Here!
🛒 Last purchased more than a day ago

**Size** | SIZE CHART

S | M | L | XL | 2XL | **3XL** | 4XL

**Quantity**

1 ▾ | **Add to Cart**

🔄 90-DAY RETURNS

World's Largest Collection of Officially Licensed WWE Gear

You earn $2.75 FanCash on this item ⓘ

**Shipping** —

- This item will ship within 1 business day.

**Details** +

**Description** —

Show that adrenaline always courses through your soul each time you sport these Cody Rhodes Big Logo Retro Shorts. They feature unmistakable graphics that let every WWE Universe member know that it's always an American Nightmare for anyone that steps through the ropes to face the second-generation Superstar. The elastic waistband and side pockets offer all the comfort and storage space you need to enjoy every Cody Rhodes match.



Search

& Save More ›

| SUPERSTARS | TITLE BELTS | T-SHIRTS | APPAREL | HATS | ACCESSORIES | COLLECTIBLES | HOME & OFFICE | SALE | AUCTIONS |

**HURRY! ENDS IN:** 05 HRS 02 MIN 22 SEC **25% OFF** YOUR PURCHASE USE CODE: **SUPERSTAR** *Terms and Exclusions Apply. Promotional Details Offer expires 08/16/24 @ 11:59PM ET*

CODY RHODES / CODY RHODES APPAREL / PRODUCT ID: 200117177



Ready To Ship





 Officially Licensed Gear

### Men's Chalk Line Blue/Red Cody Rhodes Allover Print Retro Shorts

In Stock - This item will ship within 1 business day.

$31$^{34}$ with code: Superstar
Offer ends in 5hrs 2min 22sec!
Regular: $54$^{99}$ as of 06/15/2023 ⓘ

Last purchased more than a day ago

Size                                    SIZE CHART

[ S ] [ M ] [ L ] [ XL ] [ 2XL ] [ 3XL ] [ 4XL ]

Quantity

[ 1 ▾ ]              [ Add to Cart ]

90-DAY RETURNS



World's Largest Collection of Officially Licensed WWE Gear

You earn $1.65 FanCash on this item ⓘ

**Shipping**                                                 —

• This item will ship within 1 business day.

**Details**                                                  +

**Description**                                              —

Show that adrenaline always courses through your soul each time you sport these Cody Rhodes Allover Print Retro Shorts. They feature unmistakable graphics that let every WWE Universe member know that it's always an American Nightmare for anyone that steps through the ropes to face the second-generation Superstar. The elastic waistband and side pockets offer all the comfort and storage space you need to enjoy every Cody Rhodes match.




Almost Gone!

Ready To Ship



CODY RHODES / CODY RHODES APPAREL / PRODUCT ID: 200138075

Officially Licensed Gear

### Men's White Cody Rhodes American Nightmare Tank Top

In Stock - This item will ship within 1 business day.

$22.49 with code: Superstar
Offer ends in 5hrs 7min 52sec!
Regular: $29.99

Coupon ☐ Apply Code Here!
🛒 Last purchased 2 hours ago

| Size | | | | | SIZE CHART |
|------|---|---|---|---|------------|

S   M   L   XL   2XL

Quantity

1 ⌄        Add to Cart

🔄 90-DAY RETURNS

World's Largest Collection of Officially Licensed WWE Gear

You earn $0.30 FanCash on this item ⓘ

Shipping                                          —

• This item will ship within 1 business day.

Details                                           +

Description                                       —

Featuring a classic scoop neck design, this American Nightmare cotton tank top is a comfortable piece of gear to highlight your love for Cody Rhodes. The front shows off official graphics of your favorite WWE Superstar to ensure your fandom is clear. Perfect for warm-weather, this breezy tank is just the addition any Cody Rhodes fan needs in their wardrobe.

# EXHIBIT 7



**fattmatt1**
Anytime Fitness Santa Rosa Ca



AMERICAN DREAM

♡ 14    💬    ➤                                    🔖

**fattmatt1** New Years Gainsville

January 1, 2022

**fattmatt1**



iamoscar1118
Lincoln Financial Field
•••



5/10

30 likes

**iamoscar1118** Finished The Story. #codyrhodes #prowrestling #wrestlemaniaxl #philadelphia #mamarhodes

View all 3 comments

April 9



anpaperwallet
•••

**In this photo**



**weareamericannightmare** ✓
AMERICAN NIGHTMARE