HOLLAND & KNIGHT LLP
Stacey H. Wang (SBN 245195)
Danielle N. Garno (SBN 208809)
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Telephone: 213.896.2400
Facsimile: 213.896.2450
E-mail: stacey.wang@hklaw.com
 danielle.garno@hklaw.com

*Attorneys for Defendants World Wrestling Entertainment, LLC, and Fanatics, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY EISOLD, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CODY GARRETT RUNNELS, an individual, WORLD WRESTLING ENTERTAINMENT, LLC, a limited Liability company; and FANATICS, LLC, a limited liability company,<br><br>　　　　　Defendants. | Case No.: 2:24-CV-07516-AB(MARx)<br>[*Hon. André Birotte Jr.*]<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT, WITH AGREED BRIEFING SCHEDULE, AND TO REQUEST CONTINUANCE OF SCHEDULING CONFERENCE**<br><br>Action Filed:<br>September 4, 2024<br><br>Second Amended Complaint Filed:<br>December 16, 2024<br><br>Current Response Date:<br>January 17, 2025<br><br>Proposed Response Date:<br>February 21, 2025<br><br>Trial Date: None Set |

///

///

///

## JOINT STIPULATION AND REQUEST

This Joint Stipulation is entered into by and between Defendants Cody Runnels ("Runnels"), World Wrestling Entertainment, LLC ("WWE"), Fanatics, LLC ("Fanatics"), and Plaintiff Wesley Eisold ("Eisold") (Runnels, WWE, Fanatics, and Eisold are collectively referred to hereinafter as the "Parties"), by and through their respective counsel.

WHEREAS, Eisold filed his Complaint against Defendants on September 9, 2024 (Dkt. No. 1);

WHEREAS, on October 10, 2024, Eisold, WWE, and Fanatics stipulated to a thirty-day extension of time for WWE and Fanatics to respond to Eisold's Complaint (Dkt. No. 15), and Eisold and Runnels later entered into a stipulation to coordinate his response with the other Defendants on October 25, 2024 (Dkt. No. 19);

WHEREAS, on October 24, 2024, the Parties stipulated that Eisold would amend his Complaint to correct an error in Fanatics' name (Fanatics was erroneously sued as Fanatics Holdings, Inc. instead of Fanatics, LLC) and that this amendment should not constitute Eisold's amendment as of right under Rule 15(a) of the Federal Rules of Civil Procedure (Dkt. No. 17);

WHEREAS, on October 30, 2024, the Court approved the Parties' October 24, 2024, Stipulation to Amend (Dkt. No. 22);

WHEREAS, on November 1, 2024, Eisold filed, pursuant to the October 30, 2024, Order, his First Amended Complaint (Dkt. No. 23);

WHEREAS, on November 22, 2024, WWE and Fanatics filed a Motion to Dismiss Plaintiff's First Amended Complaint (Dkt. No. 26), in which Runnels joined, along with his own Motion to Dismiss (Dkt. Nos. 28, 29);

WHEREAS, on November 26, 2024, the Court entered an Order setting the Rule 26 Scheduling Conference (Dkt. No. 30), setting February 7, 2025 for the scheduling conference;

1

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT AND AGREED BRIEFING SCHEDULE, AND REQUEST TO CONTINUE SCHEDULING CONFERENCE

1     WHEREAS, on December 13, 2024, Eisold filed his Second Amended Complaint (Dkt. No. 34);

    WHEREAS, on December 16, 2024, the Court issued a Notice of Deficiency with respect to Eisold's Second Amended Complaint on the basis that Eisold needed a stipulation or leave of court to file the amended pleading;

    WHEREAS, based on the December 16th filing, which Defendants agree is procedurally proper based on the Parties' October 24, 2024 stipulation, the Defendants' (Runnels, WWE, and Fanatics) last day to file an answer or other responsive pleading was December 30, 2024;

    WHEREAS, on December 27, 2024, the Parties' stipulated to an extension of time for Defendants to respond to Eisold's Second Amended Complaint to January 17, 2024 (Dkt. No. 38), which the Court approved on December 30, 2024 (Dkt. No. 39).

    WHEREAS, On January 13, 2025, counsel for the Parties met and conferred on Plaintiff's Second Amended Complaint, and agreed that, due to (1) operational and staffing challenges for the Parties due to the recent wildfire disaster in California, (2) the defense's need to coordinate filings among multiple parties; and (3) Plaintiff's counsel's vacation travel commitments, good cause exists to extend the current response and briefing schedule. The Parties further conferred and agreed to jointly request a continuance of the scheduling conference to preserve resources while the pleadings are unsettled and the scope of discovery uncertain;

    NOW, THEREFORE, the Parties, by and through their respective undersigned counsel of record, hereby stipulate and request as follows:

    The responsive pleading of Runnels, WWE, and Fanatics may be filed on or before February 21, 2025, set to be heard on April 11, 2025.

    Plaintiff's opposition to any motion to dismiss filed by Runnels, WWE, and/or Fanatics may be filed on or before March 14, 2025.

    Defendants' reply to Plaintiff's opposition may be filed on or before March 28, 2025.

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT AND AGREED BRIEFING SCHEDULE, AND REQUEST TO CONTINUE SCHEDULING CONFERENCE

The initial case scheduling conference shall occur at a date and time at the Court's convenience on or after April 25, 2025.

Dated: January 15, 2025      HOLLAND & KNIGHT LLP

　　　　　　　　　　　　　　 /s/ Stacey H. Wang
　　　　　　　　　　　　　　Stacey H. Wang, Esq.
　　　　　　　　　　　　　　Danielle N. Garno, Esq.

　　　　　　　　　　　　　　*Attorneys for Defendants*
　　　　　　　　　　　　　　*World Wrestling Entertainment, LLC and Fanatics, LLC*

Dated: January 15, 2025      KING HOLMES PATERNO AND SORIANO LLP

　　　　　　　　　　　　　　 /s/   Heather Pickerell, Esq.
　　　　　　　　　　　　　　Heather Pickerell, Esq.

　　　　　　　　　　　　　　*Attorneys for Plaintiff, Wesley Eishold*

Dated: January 15, 2025      JAYARAM PLLC

　　　　　　　　　　　　　　 /s/ Vivek Jayaram
　　　　　　　　　　　　　　Vivek Jayaram, Esq.

　　　　　　　　　　　　　　*Attorney for Defendant, Cody Runnels*

**DECLARATION OF CONSENT TO ELECTRONIC SIGNATURE:**

I, Stacey H. Wang, attest pursuant to L.R. 5-4.3.4 of the United States District Court for the Central District of California that the above signatories, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.

Dated: January 15, 2025    */s/ Stacey H. Wang*
Stacey H. Wang, Esq.

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400
Fax: 213.896.2450

4
JOINT STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT AND AGREED BRIEFING SCHEDULE, AND REQUEST TO CONTINUE SCHEDULING CONFERENCE