UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY EISOLD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CODY GARRETT RUNNELS, an individual, WORLD WRESTLING ENTERTAINMENT, LLC, a limited Liability company; and FANATICS, LLC, a limited liability company,<br><br>Defendants. | Case No. 2:24-CV-07516-AB(MARx)<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT, WITH AGREED BRIEFING SCHEDULE, AND TO REQUEST CONTINUANCE OF SCHEDULING CONFERENCE** |

The Court **APPROVES** the parties' Stipulation and **ORDERS**: Defendants' deadline to respond to the Second Amended Complaint is February 21, 2025. If they respond with a motion, it must be noticed for hearing on April 11, 2025. Plaintiff's opposition is due March 14, 2025. Defendants reply is due March 28, 2025. The Parties' initial case scheduling conference is continued to **April 25, 2025, at 10:00 a.m.**

**IT IS SO ORDERED.**

Dated: January 21, 2025

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE