HOLLAND & KNIGHT LLP
Stacey H. Wang (SBN 245195)
Danielle N. Garno (SBN 208809)
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Telephone: 213.896.2400
Facsimile: 213.896.2450
E-mail: stacey.wang@hklaw.com
danielle.garno@hklaw.com

*Attorneys for Defendants World Wrestling Entertainment, LLC, and Fanatics, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY EISOLD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CODY GARRETT RUNNELS, an individual, WORLD WRESTLING ENTERTAINMENT, LLC, a limited Liability company; and FANATICS, LLC, a limited liability company,<br><br>Defendants. | Case No.: 2:24-CV-07516-AB(MARx)<br>[*Hon. André Birotte Jr.*]<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT AND TO CONTINUE SCHEDULING CONFERENCE**<br><br>Action Filed:<br>September 4, 2024<br><br>Second Amended Complaint Filed:<br>December 16, 2024<br><br>Current Response Date:<br>April 7, 2025<br><br>New Response Date:<br>June 6, 2025<br><br>Current Scheduling Conference:<br>Apr. 25, 2025<br><br>Proposed Scheduling Conference:<br>July 25, 2025 |

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400
Fax: 213.896.2450

///

///

///

///

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400
Fax: 213.896.2450

## JOINT STIPULATION

This Joint Stipulation is entered into by and between Defendants Cody Runnels ("Runnels"), World Wrestling Entertainment, LLC ("WWE"), Fanatics, LLC ("Fanatics"), and Plaintiff Wesley Eisold ("Eisold") (Runnels, WWE, Fanatics, and Eisold are collectively referred to hereinafter as the "Parties"), by and through their respective counsel.

WHEREAS, Eisold filed his Complaint against Defendants on September 9, 2024 (Dkt. No. 1);

WHEREAS, on October 10, 2024, Eisold, WWE, and Fanatics stipulated to a thirty-day extension of time for WWE and Fanatics to respond to Eisold's Complaint (Dkt. No. 15), and Eisold and Runnels later entered into a stipulation to coordinate his response with the other Defendants on October 25, 2024 (Dkt. No. 19);

WHEREAS, on October 24, 2024, the Parties stipulated that Eisold would amend his Complaint to correct an error in Fanatics' name (Fanatics was erroneously sued as Fanatics Holdings, Inc. instead of Fanatics, LLC) and that this amendment should not constitute Eisold's amendment as of right under Rule 15(a) of the Federal Rules of Civil Procedure (Dkt. No. 17);

WHEREAS, on October 30, 2024, the Court approved the Parties' October 24, 2024, Stipulation to Amend (Dkt. No. 22);

WHEREAS, on November 1, 2024, Eisold filed, pursuant to the October 30, 2024, Order, his First Amended Complaint (Dkt. No. 23);

WHEREAS, on November 22, 2024, WWE and Fanatics filed a Motion to Dismiss Plaintiff's First Amended Complaint (Dkt. No. 26), in which Runnels joined, along with his own Motion to Dismiss (Dkt. Nos. 28, 29);

WHEREAS, on November 26, 2024, the Court entered an Order setting the Rule 26 Scheduling Conference (Dkt. No. 30);

WHEREAS, on December 13, 2024, Eisold filed his Second Amended Complaint (Dkt. No. 34);

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED
COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400
Fax: 213.896.2450

WHEREAS, on December 16, 2024, the Court issued a Notice of Deficiency with respect to Eisold's Second Amended Complaint on the basis that Eisold needed a stipulation or leave of court to file the amended pleading;

WHEREAS, on December 27, 2024, the Parties' stipulated to an extension of time for Defendants to respond to Eisold's Second Amended Complaint to January 17, 2024 (Dkt. No. 38), which the Court approved on December 30, 2024 (Dkt. No. 39).

WHEREAS, on January 13, 2025, counsel for the Parties met and conferred on Plaintiff's Second Amended Complaint, and agreed that, due to (1) operational and staffing challenges for the Parties due to the recent wildfire disaster in California, (2) the defense's need to coordinate filings among multiple parties; and (3) Plaintiff's counsel's vacation travel commitments, good cause exists to extend the current response and briefing schedule. The Parties further conferred and agreed to jointly request a continuance of the scheduling conference to preserve resources while the pleadings are unsettled and the scope of discovery uncertain.

WHEREAS, on January 21, 2025, the Court approved the Parties' stipulation and ordered that Eisold, WWE, and Fanatics would respond to Plaintiffs' Second Amended Complaint by no later than February 21, 2025. Plaintiff's opposition was ordered due March 14, 2025, and Defendants' reply due March 28, 2025. The Parties' initial case scheduling conference was continued to April 25, 2025, at 10:00 AM (Dkt. No. 41).

WHEREAS, on February 14, 2025, the Parties filed a further stipulation to extend the time for Defendants to respond to Plaintiff's Second Amended Complaint up to, and including, April 7, 2025. This extension was based on the Parties' actively engagement in ongoing discussions to resolve this matter and the Parties' desire to expend their respective resources on pursuing these discussions and informal information sharing, rather than briefing a motion to dismiss at this time.

WHEREAS, on February 21, 2025, the Court approved the Parties' stipulation and set Defendants' response date to April 7, 2025 (Dkt. 48).

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400
Fax: 213.896.2450

WHEREAS, the Parties have continued ongoing discussions to resolve this matter, including Defendants' disclosures of information to Plaintiff's counsel for purposes of settlement governed by the operative protective order, and exchanges in settlement demands and terms. The current status is that Plaintiff's counsel has requested additional disclosure of information from one of the Defendants, which in concept is agreeable but subject to additional detail to be provided by Plaintiff's counsel. There are also several structuring and scope issues in a potential resolution that are being considered by the Parties that is taking additional time to due diligence. The Parties thank the Court for affording them the opportunity to focus their resources on resolving this matter.

As such, the Parties, by and through their counsel, hereby stipulate and respectfully request of the Court as follows:

The responsive pleading of Runnels, WWE, and Fanatics may be filed on or before June 7, 2025. Once a responsive pleading is filed, the Parties shall work together to discuss an appropriate briefing and hearing schedule, subject to the Court's approval. The Parties also jointly request that the Scheduling Conference set for April 25, 2025 be re-set to a date on or after July 25, 2025.

///
///
///
///
///
///
///
///
///
///
///

This joint stipulation shall supersede all prior stipulations and orders.

Dated:  April 2, 2025                    HOLLAND & KNIGHT LLP

                                         */s/ Stacey H. Wang*
                                         Stacey H. Wang, Esq.
                                         Danielle N. Garno, Esq.
                                         *Attorneys for Defendants*
                                         *World Wrestling Entertainment, LLC and*
                                         *Fanatics, LLC*

Dated:  April 2, 2025                    KING HOLMES PATERNO AND SORIANO LLP

                                         */s/ Heather Pickerell*
                                         Heather Pickerell, Esq.

                                         *Attorneys for Plaintiff, Wesley Eishold*

Dated:  April 2, 2025                    JAYARAM PLLC

                                         */s/ Vivek Jayaram*
                                         Vivek Jayaram, Esq.

                                         *Attorney for Defendant, Cody Runnels*

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA  90071
Tel: 213.896.2400
Fax: 213.896.2450

**DECLARATION OF CONSENT TO ELECTRONIC SIGNATURE:**

I, Stacey H. Wang, attest pursuant to L.R. 5-4.3.4 of the United States District Court for the Central District of California that the above signatories, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.


Dated:  April 2, 2025                    */s/ Stacey H. Wang*
                                          Stacey H. Wang, Esq.

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA  90071
Tel: 213.896.2400
Fax: 213.896.2450