**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WESLEY EISOLD <br><br> PLAINTIFF(S) <br><br> v. <br><br> CODY GARRETT RUNNELS, et al. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 2:24−cv−07516−AB−MAR <br><br> ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 12/12/2024 | 31-32 | Application of Non−Resident Attorney to Appear |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

- [✓] The document is stricken
- [ ] The hearing date has been rescheduled to _____ at _____.
- [ ] A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- [ ] Other:

Dated: 5/13/2025

By: _____
U.S. District Judge / U.S. Magistrate Judge