# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY EISOLD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CODY GARRETT RUNNELS, an individual, WORLD WRESTLING ENTERTAINMENT, LLC, a limited Liability company; and FANATICS, LLC, a limited liability company,<br><br>Defendants. | Case No. 2:24-CV-07516-AB(MARx)<br><br>**ORDER ON JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT AND TO CONTINUE SCHEDULING CONFERENCE** |

The Court APPROVES the Parties' Joint Stipulation to Extend Time to Respond to Plaintiff's Second Amended Complaint. Defendants must respond to the Second Amended Complaint by July 11, 2025. The Scheduling Conference is **CONTINUED** to August 15, 2025.

**IT IS SO ORDERED.**

Dated: June 2, 2025

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

ORDER