

ANNEX

Search

FanCash & Save More ›

SUPERSTARS | TITLE BELTS | T-SHIRTS | APPAREL | HATS | ACCESSORIES | COLLECTIBLES | HOME & OFFICE | SALE | AUCTIONS

HURRY! ENDS IN: 06 HRS 04 MIN 45 SEC 25% OFF YOUR PURCHASE USE CODE: SUPERSTAR

CODY RHODES / CODY RHODES APPAREL / PRODUCT ID: 201625261

Officially Licensed Gear

Men's ProSphere Black Cody Rhodes American Nightmare Flag T-Shirt

Select a size below in order to get shipping information or item stock status

Your Price: $44.99

Most Popular

Last purchased 9 hours ago

Size SIZE CHART

S M L XL 2XL 3XL 4XL

Quantity

1 Add to Cart

World's Largest Collection of Officially Licensed WWE Gear

You earn $0.45 FanCash on this item

Shipping

- Select a size above in order to get shipping information or item stock status

Details +

Description

Do more than just hoot and holler for Cody Rhodes. Proudly show your admiration with this ProSphere American Nightmare Flag T-Shirt. Claim your wardrobe kingdom in the name of Cody Rhodes and hear the echoes of "WOAH OH!" after making a great decision to pick up this Superstar apparel.

SUPERSTARS | TITLE BELTS | T-SHIRTS | APPAREL | HATS | ACCESSORIES | COLLECTIBLES | HOME & OFFICE | SALE | AUCTIONS

HURRY! ENDS IN: 06 HRS 01 MIN 24 SEC

25% OFF YOUR PURCHASE USE CODE: SUPERSTAR

*Terms and Exclusions Apply. Promotional Details. Offer expires 08/18/24 @ 11:59PM ET

CODY RHODES / CODY RHODES APPAREL / PRODUCT ID: 201321971

Officially Licensed Gear

**Men's Mad Engine Heather Charcoal Cody Rhodes American Nightmare T-Shirt**

Ships Directly From a Trusted Partner

$22.49 with code: Superstar

Offer ends in 6hrs 1min 24sec!

~~Regular: $29.99~~

Coupon Apply Code Here!

Last purchased 6 hours ago

Color Heather Charcoal

Size SIZE CHART

XS S M L XL 2XL 3XL

Quantity

1

Add to Cart

World's Largest Collection of Officially Licensed WWE Gear

You earn $0.30 FanCash on this item

Shipping

- Ships directly from a trusted partner. This item ships on or before Thursday, August 22, 2024.

Details

Description

Channel your inner greatness with this Cody Rhodes T-Shirt from Mad Engine. Featuring Cody Rhodes American Nightmare graphics, this tee is exactly what you need to show respect for your favorite Superstar. Stand up and salute one of the best athletes on the planet with this awesome tee.

Earn FanCash & Save More ›

SUPERSTARS | TITLE BELTS | T-SHIRTS | APPAREL | HATS | ACCESSORIES | COLLECTIBLES | HOME & OFFICE | SALE | AUCTIONS

HURRY! ENDS IN: 05 HRS 53 MIN 38 SEC 25% OFF YOUR PURCHASE USE CODE: SUPERSTAR

CODY RHODES / CODY RHODES APPAREL / PRODUCT ID: 200138075

AMERICAN NIGHTMARE

Officially Licensed Gear
Men's White Cody Rhodes American Nightmare Tank Top
$22.49 with code: Superstar
Offer ends in 5hrs 53min 38sec!
Regular: $29.99
Coupon Apply Code Here!
Last purchased an hour ago
Size SIZE CHART
S M L XL 2XL
Quantity
1
Add to Cart
90-DAY RETURNS
World's Largest Collection of Officially Licensed WWE Gear
You earn $0.30 FanCash on this item
Shipping
This item will ship within 1 business day.
Details

Almost Gone!

Ready To Ship

Description

Featuring a classic scoop neck design, this American Nightmare cotton tank top is a comfortable piece of gear to highlight your love for Cody Rhodes. The front shows off official graphics of your favorite WWE Superstar to ensure your fandom is clear. Perfect for warm-weather, this breezy tank is just the addition any Cody Rhodes fan needs in their wardrobe.



Earn FanCash & Save More ›

SUPERSTARS | TITLE BELTS | T-SHIRTS | APPAREL | HATS | ACCESSORIES | COLLECTIBLES | HOME & OFFICE | SALE | AUCTIONS

HURRY! ENDS IN: 05 HRS 47 MIN 34 SEC

25% OFF YOUR PURCHASE USE CODE: SUPERSTAR

*Terms and Exclusions Apply. Promotional Details Offer expires 08/16/24 @ 11:59PM ET

CODY RHODES / CODY RHODES APPAREL / PRODUCT ID: 201625260

Officially Licensed Gear

Men's ProSphere Black Cody Rhodes American Nightmare Flag Basketball Fashion Jersey

Select a size below in order to get shipping information or item stock status

Your Price: $60.00

or 4 payments of $18.50 with zip

Last purchased more than a day ago

Size SIZE CHART

XS | S | M | L | XL | 2XL | 3XL

Quantity

1 Add to Cart

World's Largest Collection of Officially Licensed WWE Gear

You earn $0.70 FanCash on this item

Shipping

- Select a size above in order to get shipping information or item stock status

Details

Description

Do more than just hoot and holler for Cody Rhodes. Proudly show your admiration with this ProSphere American Nightmare Flag Basketball Fashion Jersey. Claim your wardrobe kingdom in the name of Cody Rhodes and hear the echoes of "WOAH OH!" after making a great decision to pick up this Superstar apparel.

Earn FanCash & Save More ›

SUPERSTARS TITLE BELTS T-SHIRTS APPAREL HATS ACCESSORIES COLLECTIBLES HOME & OFFICE SALE AUCTIONS

HURRY! ENDS IN: 05 HRS 19 MIN 30 SEC 25% OFF YOUR PURCHASE USE CODE: SUPERSTAR

CODY RHODES / CODY RHODES APPAREL / PRODUCT ID: 201625299

Officially Licensed Gear

Men's ProSphere Black Cody Rhodes American Nightmare Flag Football Fashion Jersey

Ships Directly From a Trusted Partner

Your Price: $115.99

or 4 payments of $30.25 with zip

Last purchased more than a day ago

Size SIZE CHART

S M L XL 2XL 3XL 4XL

Quantity 1 Add to Cart

World's Largest Collection of Officially Licensed WWE Gear

You earn $1.16 FanCash on this item

Shipping

- Ships directly from a trusted partner. This item ships on or before Monday, August 26, 2024.

Details

Description

Do more than just hoot and holler for Cody Rhodes. Proudly show your admiration with this ProSphere American Nightmare Flag Football Fashion Jersey. Claim your wardrobe kingdom in the name of Cody Rhodes and hear the echoes of "WOAH OH!" after making a great decision to pick up this Superstar apparel.

A Fanatics Experience

SUPERSTARS TITLE BELTS T-SHIRTS APPAREL HATS ACCESSORIES COLLECTIBLES HOME & OFFICE SALE AUCTIONS

HURRY! ENDS IN: 05 HRS 09 MIN 44 SEC 25% OFF YOUR PURCHASE USE CODE: SUPERSTAR

CODY RHODES / CODY RHODES APPAREL / PRODUCT ID: 5230217

Officially Licensed Gear

Men's Chalk Line Black Cody Rhodes Big Logo Retro Shorts

In Stock - This item will ship within 1 business day.

$41.24 with code: Superstar
Offer ends in 5hrs 9min 44sec!
Regular: $54.99

Coupon Apply Code Here!
Last purchased more than a day ago

Size SIZE CHART
S M L XL 2XL 3XL 4XL

Quantity
1 Add to Cart

90-DAY RETURNS

You earn $2.75 FanCash on this item

Shipping
- This item will ship within 1 business day.

Details

Description

Show that adrenaline always courses through your soul each time you sport these Cody Rhodes Big Logo Retro Shorts. They feature unmistakable graphics that let every WWE Universe member know that it's always an American Nightmare for anyone that steps through the ropes to face the second-generation Superstar. The elastic waistband and side pockets offer all the comfort and storage space you need to enjoy every Cody Rhodes match.

& Save More ›

SUPERSTARS TITLE BELTS T-SHIRTS APPAREL HATS ACCESSORIES COLLECTIBLES HOME & OFFICE SALE AUCTIONS

HURRY! ENDS IN: 05 HRS 02 MIN 22 SEC 25% OFF YOUR PURCHASE USE CODE: SUPERSTAR

CODY RHODES / CODY RHODES APPAREL / PRODUCT ID: 200117177

Ready To Ship

Officially Licensed Gear

Men's Chalk Line Blue/Red Cody Rhodes Allover Print Retro Shorts

In Stock - This item will ship within 1 business day.

$31.34 with code: Superstar

Offer ends in 5hrs 2min 22sec!

Size SIZE CHART

S M L XL 2XL 3XL 4XL

Quantity

1 Add to Cart

90-DAY RETURNS

World's Largest Collection of Officially Licensed WWE Gear

You earn $1.65 FanCash on this item

Shipping

- This item will ship within 1 business day.

Details

Description

Show that adrenaline always courses through your soul each time you sport these Cody Rhodes Allover Print Retro Shorts. They feature unmistakable graphics that let every WWE Universe member know that it's always an American Nightmare for anyone that steps through the ropes to face the second-generation Superstar. The elastic waistband and side pockets offer all the comfort and storage space you need to enjoy every Cody Rhodes

Search

Earn FanCash & Save More ›

SUPERSTARS | TITLE BELTS | T-SHIRTS | APPAREL | HATS | ACCESSORIES | COLLECTIBLES | HOME & OFFICE | SALE | AUCTIONS

HURRY! ENDS IN: 05 HRS 07 MIN 52 SEC

25% OFF YOUR PURCHASE USE CODE: SUPERSTAR

*Terms and Exclusions Apply. Promotional Details Offer expires 08/14/24 @ 11:59PM ET

CODY RHODES / CODY RHODES APPAREL / PRODUCT ID: 200138075

AMERICAN NIGHTMARE
Almost Gone!
Ready To Ship

Officially Licensed Gear

Men's White Cody Rhodes American Nightmare Tank Top

In Stock - This item will ship within 1 business day.

$22.49 with code: Superstar

Offer ends in 5hrs 7min 52sec!

Regular: $29.99

Coupon Apply Code Here!

Last purchased 2 hours ago

Size SIZE CHART

S M L XL 2XL

Quantity

1 Add to Cart

90-DAY RETURNS

World's Largest Collection of Officially Licensed WWE Gear

You earn $0.30 FanCash on this item

Shipping

- This item will ship within 1 business day.

Details

Description

Featuring a classic scoop neck design, this American Nightmare cotton tank top is a comfortable piece of gear to highlight your love for Cody Rhodes. The front shows off official graphics of your favorite WWE Superstar to ensure your fandom is clear. Perfect for warm-weather, this breezy tank is just the addition any Cody Rhodes fan needs in their wardrobe.

AMERICAN
NIGHTMARE