UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY EISOLD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CODY GARRETT RUNNELS, an individual, WORLD WRESTLING ENTERTAINMENT, LLC, a limited Liability company; and FANATICS, LLC, a limited liability company,<br><br>Defendants. | Case No. 2:24-CV-07516-AB(MARx)<br><br>**[PROPOSED] ORDER ON DEFENDANTS WORLD WRESTLING ENTERTAINMENT LLC AND FANATICS, LLC'S MOTION TO DISMISS COUNTS II-V OF PLAINTIFF'S SECOND AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)** |

Upon consideration of the Motion to Dismiss filed by World Wrestling Entertainment, LLC ("WWE") and Fanatics, LLC ("Fanatics"), along with all supporting materials, including WWE and Fanatics' Request for Judicial Notice, and any response thereto, it is **HEREBY ORDERED** that:

1. The Motion to Dismiss is **GRANTED**.
2. Counts II-V in Plaintiff's Second Amended Complaint are dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: _____

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE