Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Andres Navarro (SBN 358499)
anavarro@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice California 90291
Telephone: (310) 590-1820

*Attorneys for Defendant*
CODY GARRETT RUNNELS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY EISOLD, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CODY GARRETT RUNNELS, an individual; WORLD WRESTLING ENTERTAINMENT, LLC, a Delaware limited liability company; and FANATICS, LLC, a Delaware corporation,<br><br>Defendant. | Case No. 2:24-CV-07516-AB-MAR<br><br>**NOTICE OF APPEARANCE** |

1
NOTICE OF APPEARANCE

TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Scott Alan Burroughs and Andres Navarro of Doniger / Burroughs hereby appear as co-counsel of record on behalf of Defendant Cody Garrett Runnels in the above-entitled action and respectfully request that they be included on the service of all notices, pleadings, and other documents filed in this case at the following address:

Scott Alan Burroughs, Esq.
Andres Navarro, Esq.
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Phone: (310) 590-1820
Emails: scott@donigerlawfirm.com
anavarro@donigerlawfirm.com

Respectfully submitted,

Dated: July 11, 2025          By:  */s/ Scott Alan Burroughs*
                                   Scott Alan Burroughs, Esq.
                                   Andres Navarro, Esq.
                                   DONIGER / BURROUGHS
                                   *Attorneys for Defendant*
                                   CODY GARRETT RUNNELS