JAYARAM PLLC
Vivek Jayaram (*Pro hac vice*)
54 W. 21st. Street, Suite 801
New York, NY 10010
T: 646-325-9855
vivek@jayaramlaw.com

Attorneys for Defendant Cody
Garrett Runnels

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY EISOLD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CODY GARRETT RUNNELS, an individual, WORLD WRESTLING ENTERTAINMENT, LLC, a limited liability company; and FANATICS, LLC., a limited liability company,<br><br>Defendants. | Case No. 2:24-cv-07516-AB-MAR<br><br>**DEFENDANT CODY GARRETT RUNNELS' NOTICE OF JOINDER AND JOINDER IN WORLD WRESTLING ENTERTAINMENT, LLC AND FANATICS, LLC'S MOTION TO DISMISS COUNTS II-V OF PLAINTIFF'S SECOND AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)**<br><br>HEARING<br>DATE:   Aug. 8, 2025<br>TIME:   10:00 A.M.<br>Courtroom: 7B<br>Judge: Hon. André Birotte Jr. |

**TO ALL PARTES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT, Defendant Cody Garrett Runnels ("Runnels") hereby joins and adopts the grounds for dismissal and supporting arguments set forth in the Motion of Defendants World Wrestling Entertainment, LLC and Fanatics, LLC

---

Defendant Runnels' Joinder to Defendants World Wrestling Entertainment, LLC and Fanatics, LLC's Motion to Dismiss Counts II-V of Plaintiff's First Amended Complaint (2:24-CV-07516-AB-MAR)

to Dismiss Counts II-V of Plaintiff Wesley Eisold's ("Plaintiff") First Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) ("Other Defendants' Motion").

The Other Defendants' Motion is scheduled to be heard on August 8, 2025, at 10:00 a.m., or as soon thereafter as this matter may be heard before the Honorable André Birotte Jr. in Courtroom 7B, located at the U.S. District Court for the Central District of California at 350 West First Street, Los Angeles, California 90012. Runnels has concurrently filed his own Motion to Dismiss Count I of Plaintiff's First Amended Complaint ("Runnels' Motion") which is scheduled to be heard on the same date and time, and in the same location, as the Other Defendants' Motion.

Specifically, in addition to submitting and relying on the Runnels' Motion, Runnels joins in and adopts all of the arguments, authorities and reasoning in support of the arguments in the Other Defendants' Motion that (i) Plaintiff fails to point to any facts sufficient to allege the March 14, 2021 Settlement and Coexistence Agreement by and between Runnels and Plaintiff (the "Agreement") was breached (Part IV.A.1); (ii) Plaintiff fails to state a claim against Defendants for Federal Trademark Infringement under 15 U.S.C. § 1114 and California Common Law because any purported use of the "AMERICAN NIGHTMARE" trademark by Defendants was authorized by, and in compliance with, the plain terms of the Agreement (Part IV.C.); and (iii) Plaintiff fails to state a claim under Section 17200, et seq. of the California Business & Professional Code ("UCL"). The UCL only provides for equitable relief where a plaintiff has no adequate remedy at law. However, Plaintiff fails to allege that the inducement and intentional interference claims (the only claims Plaintiff contends form the basis for a UCL violation by WWE and Fanatics) do not provide an adequate remedy at law. Additionally, Plaintiff's claims under each individual UCL prong also fail because (a) common law violations are, on their own, insufficient to establish a violation of the UCL's "unlawful" prong; (b) Plaintiff does not identify any antitrust

**Defendant Runnels' Joinder to Defendants World Wrestling Entertainment, LLC and Fanatics, LLC's Motion to Dismiss Counts II-V of Plaintiff's First Amended Complaint (2:24-CV-07516-AB-MAR)**

- 2 -

law – or any policy or spirit of such a law – that WWE and Fanatics' conduct violates, as is required under the UCL's "unfair" prong; and (c) Plaintiff does not allege any facts against WWE and Fanatics that satisfy the heightened pleading standard for fraud, as required under the UCL's "fraudulent" prong (Part IV.D.). Runnels also joins in and adopts Part I (Introduction and Background) and Part II (Legal Standard Governing Dismissal) of the Other Defendants' Motion. All of these arguments and grounds for dismissal filed in support of the Moving Defendants' motion are applicable to Runnels. Runnels seeks the same relief for himself based on the Other Defendants' Motion, namely, that the Court dismiss from this action Counts IV and V against him. Runnels also relies on the Other Defendants' Motion with respect to his arguments in the Runnels' Motion to dismiss Count I.

Runnels' Joinder in the Other Defendants' Motion is based on this Notice of Joinder and Joinder; all documents submitted in support of the Other Defendants' Motion, including the Notice of Motion, the Memorandum of Points and Authorities and Request for Judicial Notice, and all pleadings, papers and records of this action; and such written, documentary and/or oral arguments and authorities as may be presented by Runnels or the Other Defendants in support of the Runnels' Motion and/or the Other Defendants' Motion, including in reply to any oppositions to those Motions and/or at the hearing on those Motions.

This motion follows a conference of counsel under Local Rule 7-3 on July 9, 2025.

DATED: July 11, 2025                    Respectfully submitted,

                                        **JAYARAM PLLC**

                                        By: */s/ Vivek Jayaram*
                                            Vivek Jayaram

**Defendant Runnels' Joinder to Defendants World Wrestling Entertainment, LLC and Fanatics, LLC's Motion to Dismiss Counts II-V of Plaintiff's First Amended Complaint (2:24-CV-07516-AB-MAR)**

|   |   |
|---|---|
| 1 | **DONIGER / BURROUGHS** |
| 2 |   |
| 3 | By: */s/ Scott Alan Burroughs* |
| 4 | Scott Alan Burroughs |
| 5 | ATTORNEYS FOR DEFENDANT CODY GARRETT RUNNELS |

Defendant Runnels' Joinder to Defendants World Wrestling Entertainment, LLC and Fanatics, LLC's Motion to Dismiss Counts II-V of Plaintiff's First Amended Complaint (2:24-CV-07516-AB-MAR)