JAYARAM PLLC
Vivek Jayaram (*Pro hac vice*)
54 W. 21st. Street, Suite 801
New York, NY 10010
T: 646-325-9855
vivek@jayaramlaw.com

Attorneys for Defendant Cody Garrett Runnels

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY EISOLD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CODY GARRETT RUNNELS, an individual, WORLD WRESTLING ENTERTAINMENT, LLC, a limited liability company; and FANATICS, LLC., a limited liability company,<br><br>Defendants. | Case No. 2:24-cv-07516-AB-MAR<br><br>**DEFENDANT CODY GARRETT RUNNELS' NOTICE OF MOTION AND MOTION TO DISMISS COUNT I OF PLAINTIFF'S SECOND AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)**<br><br><u>HEARING</u><br>DATE: Aug. 8, 2025<br>TIME: 10:00 A.M.<br>Courtroom:    7B<br>Judge: Hon. André Birotte Jr. |

**TO ALL PARTES AND THEIR COUNSEL OF RECORD**:

PLEASE TAKE NOTICE THAT, on August 8, at 10:00 a.m., or as soon thereafter as this matter may be heard before the Honorable André Birotte Jr. in Courtroom 7B, located at the U.S. District Court for the Central District of California at 350 West First Street, Los Angeles, California 90012, Defendant Cody Garrett Runnels ("Runnels") will hereby move this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing, with prejudice, the First

1  Count alleged in Plaintiff Wesley Eisold's ("Plaintiff") Second Amended Complaint
2  pursuant to Fed. R. Civ. P. 12(b)(6) ("Runnels' Motion").

3      Runnels has concurrently filed a joinder to Defendants World Wrestling
4  Entertainment, LLC and Fanatics, LLC's Motion to Dismiss Count II-V of Plaintiff's
5  First Amended Complaint ("Other Defendants' Motion") which is scheduled to be
6  heard on the same date and time, and in the same location, as the Runnels' Motion.

7      Specifically, in addition to submitting and relying on the Other Defendants'
8  Motion, Runnels brings this motion to dismiss Count I on the grounds that Plaintiff
9  fails to state a claim against Runnels for breach of contract because Plaintiff fails to
10 point to any facts sufficient to allege that the March 14, 2021 Settlement and
11 Coexistence Agreement by and between Runnels and Plaintiff was breached.

12     Runnels' Motion is based on this Notice of Motion, and all documents submitted
13 in support of the Runnels' Motion, including the Memorandum of Points and
14 Authorities; the Other Defendants' Motion, and all documents submitted in support of
15 the Other Defendants' Motion, including the Notice of Motion, the Memorandum of
16 Points and Authorities and Request for Judicial Notice; all pleadings, papers and
17 records of this action; and such written, documentary and/or oral arguments and
18 authorities as may be presented by Runnels or the Other Defendants in support of the
19 Runnels' Motion and/or the Other Defendants' Motion, including in reply to any
20 oppositions to those Motions and/or at the hearing on those Motions.

21     This motion follows a conference of counsel under Local Rule 7-3 on July 9,
22 2025.

|    |    |    |
|---|---|---|
| 1  |   |   |
| 2  | DATED: July 11, 2025 | Respectfully submitted, |
| 3  |   | **JAYARAM PLLC** |
| 4  |   |   |
| 5  |   | By: */s/ Vivek Jayaram* |
| 6  |   | Vivek Jayaram |
| 7  |   | **DONIGER / BURROUGHS** |
| 8  |   | By: */s/ Scott Alan Burroughs* |
| 9  |   | Scott Alan Burroughs |
| 10 |   | ATTORNEYS FOR DEFENDANT CODY GARRETT RUNNELS |

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.     INTRODUCTION AND BACKGROUND

Defendant Cody Garrett Runnels ("Runnels") directs the Court to the Introduction and Background of Defendants World Wrestling Entertainment, LLC and Fanatics, LLC's Motion to Dismiss Count II-V of Plaintiff's Second Amended Complaint ("Other Defendants' Motion") for a full recitation of the factual background. As to the present Motion to Dismiss, Plaintiff fails to plead Count I in the Second Amended Complaint. As a result, this Court should dismiss that count with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

## II.    LEGAL STANDARD GOVERNING DISMISSAL

Runnels directs the Court to the Legal Standard Governing Dismissal in the Other Defendants' Motion for a recitation of the legal standard on a motion to dismiss pursuant to Rule 12(b)(6).

## III.   ARGUMENT

### A.    Plaintiff Fails to State a Claim for Breach of Contract (Count I)

To make a claim for breach of contract, "a party must plead facts to establish (1) the contract, (2) plaintiff's performance or excuse for nonperformance, (3) defendant's breach, and (4) the resulting damages to plaintiff." *LockandLocate, LLC v. Hiscox Ins. Co.*, 549 F. Supp. 3d 1093, 1099 (C.D. Cal. 2021) (*quoting Coles v. Glaser*, 2 Cal. App. 5th 384, 391, 205 Cal.Rptr.3d 922 (2016)). For the reasons stated in the Other Defendants' Motion (*see* Other Defendants' Motion Part IV.A.1), Plaintiff fails to allege that Runnels breached the Agreement, *i.e.*, that Runnels did not include on (or otherwise in connection with) his apparel products (i) Runnels' name (i.e., Cody Rhodes); or (ii) Runnels' name and likeness; or (iii) substantial indicia indicating association with wrestling (e.g., the WWE company logo) in reasonably-placed and

sized prominence as compared with the "Runnels Mark" (i.e., 75% or larger size as compared to the Runnels Mark). *See* Second Amended Complaint [Dkt. 34], Exhibit 4, Section 1(b), and such failure cannot be cured by amendment. Accordingly, Plaintiff fails to plead a breach of contract claim.

### IV.   CONCLUSION

For all the reasons detailed herein, Runnels respectfully requests an order dismissing Count I of Plaintiff's Second Amended Complaint, with prejudice.

DATED: July 11, 2025                              Respectfully submitted,

**JAYARAM PLLC**

By: */s/ Vivek Jayaram*
     Vivek Jayaram

**DONIGER / BURROUGHS**

By: */s/ Scott Alan Burroughs*
     Scott Alan Burroughs

ATTORNEYS FOR DEFENDANT
CODY GARRETT RUNNELS

### L.R. 11-6.2 Certificate of Compliance

The undersigned, counsel of record for Defendant Cody Garrett Runnels certifies that this brief contains 344 words, which complies with the word limit of L.R. 11-6.1.

DATED: July 11, 2025                              BY: */s/ Vivek Jayaram*
                                                      Vivek Jayaram