UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY EISOLD, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CODY GARRETT RUNNELS, an individual; WORLD WRESTLING ENTERTAINMENT, LLC, a Delaware limited liability company; and FANATICS, LLC, a Delaware corporation,<br><br>Defendant. | Case No.2:24-CV-07516-AB-MAR<br><br>**DECLARATION OF DANIELLE M. AUDETTE REGARDING MEET AND CONFER WITH PLAINTIFF'S COUNSEL**<br><br>**HEARING**<br>**DATE:** Aug. 8, 2025<br>**TIME:** 10:00 A.M.<br>**Courtroom:** 7B<br>**Judge:** Hon. André Birotte Jr.<br><br>**Action Filed:**<br>September 4, 2024<br><br>**Second Amended Complaint Filed**<br>December 16, 2024<br><br>**Response Date:**<br>July 11, 2025 |

## DECLARATION OF DANIELLE M. AUDETTE

I, DANIELLE M. AUDETTE, declare as follows:

1. I am a Partner with the law firm of Jayaram PLLC, counsel of record for Defendant Cody Garrett Runnels in this action.

2. I am licensed to practice before the Courts of New York State, District Courts of New York, Courts of Florida State, District Courts of Florida. I make the following Declaration of my own personal knowledge, and I could and would testify to the matters stated herein if called as a witness, except as to those

1

matters stated on information and believe, as to those matters, and I believe them to be true.

3. I make this declaration in connection with Cody Garrett Runnels's: (1) Motion to Dismiss Count I of the Second Amended Complaint pursuant to Rule 12(b)(6) and (2) Joinder in the Motion to Dismiss Counts II-V of the Second Amended Complaint of co-defendants, World Wrestling Entertainment, LLC and Fanatics, LLC.

4. Pursuant to Local Rule 7-3, on Wednesday July 9, 2025, I telephonically met and conferred with Plaintiff's counsel, Heather Pickerell regarding Mr. Runnels's intention to move to dismiss the Second Amended Complaint and to join in any Motion to Dismiss filed by co-defendants, World Wrestling Entertainment, LLC and Fanatics, LLC. At the close of the meet and confer, the parties agreed that their respective positions remained unchanged.

I declare under the penalty of perjury under the laws of the United States of America and State of California that the foregoing is true and correct.

Executed this 11th day of July, 2025 in Santa Barbara, California

*Danielle M. Audette*
DANIELLE M. AUDETTE