HOLLAND & KNIGHT LLP
Stacey H. Wang (SBN 245195)
400 South Hope Street, 8th Floor
Los Angeles, California 90071
Telephone: 213.896.2400
Facsimile: 213.896.2450
E-mail: stacey.wang@hklaw.com

DANIEL EBELING MACCIA AND COHEN, LLP
Danielle N. Garno (SBN 208809)
120 Vantis, Suite 300
Aliso Viejo, California 92656
Telephone: 310.614.9768
E-mail: dgarno@demclaw.com

*Attorneys for Defendants World Wrestling Entertainment, LLC, and Fanatics, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY EISOLD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CODY GARRETT RUNNELS, an individual, WORLD WRESTLING ENTERTAINMENT, LLC, a limited Liability company; and FANATICS, LLC, a limited liability company,<br><br>Defendants. | Case No.: 2:24-CV-07516-AB(MARx)<br>[*Hon. André Birotte Jr.*]<br><br>**JOINT STIPULATION TO EXTEND BRIEFING AND HEARING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS AND CONTINUE SCHEDULING CONFERENCE**<br><br>Defendants' Motion to Dismiss Filed: July 11, 2025<br><br>Hearing on Motion to Dismiss: August 8, 2025<br><br>Case Scheduling Conference: August 15, 2025 |

///

///

///

///

# JOINT STIPULATION

This Joint Stipulation is entered into by and between Defendants Cody Runnels ("Runnels"), World Wrestling Entertainment, LLC ("WWE"), Fanatics, LLC ("Fanatics"), and Plaintiff Wesley Eisold ("Eisold") (Runnels, WWE, Fanatics, and Eisold are collectively referred to hereinafter as the "Parties"), by and through their respective counsel.

WHEREAS, on July 11, 2025, WWE and Fanatics filed a motion to dismiss Plaintiffs' Second Amended Complaint (Dkt. 55-56).

WHEREAS, on July 11, 2025, Runnels filed a notice joining WWE and Fanatics' motion to dismiss and separately filed his own motion to dismiss Count I of Plaintiffs' Second Amended Complaint, along with documents in support thereof (Dkt. 58-60).

WHEREAS, the Parties remain in settlement discussions, having made disclosures of information pursuant to the operative protective order, as previously reported in Dkts. 49, 52. Counsel have conferred and believe that mediation would be helpful in resolving remaining issues implicated by this lawsuit.

WHEREAS, to assist with potential resolution of this matter, the parties have selected a private mediator and counsel are working to get onto the mediator's calendar in mid- to late- August.

WHEREAS, to focus their resources on mediation and to avoid potentially expending judicial resources pending potential resolution of this matter, the Parties, by and through counsel, hereby stipulate and respectfully request of the Court as follows:

Plaintiffs' opposition to Defendants' motions to dismiss may be filed on or before September 12, 2025. Defendants' reply may be filed on or before September 26, 2025. The hearing on Defendants' motions to dismiss shall be rescheduled from August 8, 2025 to October 10, 2025. The Scheduling Conference currently scheduled for August 15, 2025, shall be continued until October 17, 2025.

///

///

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400
Fax: 213.896.2450

This joint stipulation shall supersede all prior stipulations and orders.

Dated: July 18, 2025    HOLLAND & KNIGHT LLP

     /s/ Stacey H. Wang
     Stacey H. Wang, Esq.

*Attorneys for Defendants*
*World Wrestling Entertainment, LLC and Fanatics, LLC*

Dated: July 18, 2025    DANIEL EBELING MACCIA AND COHEN, LLP

     /s/ Danielle N. Garno
     Danielle N. Garno, Esq.

*Attorneys for Defendants*
*World Wrestling Entertainment, LLC and Fanatics, LLC*

Dated: July 18, 2025    KING HOLMES PATERNO AND SORIANO LLP

     /s/ Heather Pickerell
     Heather Pickerell, Esq.

*Attorneys for Plaintiff, Wesley Eisold*

Dated: July 18, 2025    JAYARAM PLLC

     /s/ Dani Audette
     Dani Audette, Esq.

*Attorney for Defendant, Cody Runnels*

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA  90071
Tel: 213.896.2400
Fax: 213.896.2450

**DECLARATION OF CONSENT TO ELECTRONIC SIGNATURE:**

I, Stacey H. Wang, attest pursuant to L.R. 5-4.3.4 of the United States District Court for the Central District of California that the above signatories, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.

Dated:  July 18, 2025                    */s/ Stacey H. Wang*
                                                              Stacey H. Wang, Esq.

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA  90071
Tel: 213.896.2400
Fax: 213.896.2450

3
JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE AND CONTINUE SCHEDULING CONFERENCE