UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY EISOLD, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CODY GARRETT RUNNELS, an individual, WORLD WRESTLING ENTERTAINMENT, LLC, a limited Liability company; and FANATICS, LLC, a limited liability company,<br><br>　　　　Defendants. | Case No. 2:24-CV-07516-AB(MARx)<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION TO EXTEND BRIEF SCHEDULE ON DEFENDANTS' MOTION TO DISMISS AND TO CONTINUE CASE SCHEDULING CONFERENCE** |

　　The Court **APPROVES** the Parties' Stipulation and **ORDERS**:

　　Plaintiffs' opposition to Defendants' Motions to Dismiss (Dkt. Nos. 55, 59) is due September 12, 2025.

　　Defendants' replies are due September 26, 2025.

　　The hearing on the Motions is continued to October 10, 2025, at 10:00 a.m.

　　The Scheduling Conference is continued until October 31, 2025, at 10:00 a.m.

　　**IT IS SO ORDERED.**

Dated: July 22, 2025

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE