1  KING, HOLMES, PATERNO & SORIANO, LLP
   Howard E. King, Esq., State Bar No. 77012
2  Heather L. Pickerell, Esq., State Bar No. 346211
   hpickerell@khpslaw.com
3  1900 Avenue of the Stars, Twenty-Fifth Floor
   Los Angeles, California 90067-4506
4  Telephone: (310) 282-8989
   Facsimile: (310) 282-8903
5
   Attorneys for Plaintiff WESLEY EISOLD
6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                     WESTERN DIVISION

| 11 | WESLEY EISOLD, an individual, | CASE NO. 2:24-cv-07516-AB (MARx) |
|---|---|---|
| 12 | Plaintiff, | **JOINT STIPULATION TO EXTEND BRIEFING AND HEARING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS AND CONTINUE SCHEDULING CONFERENCE.** |
| 13 | vs. | |
| 14 | CODY GARRETT RUNNELS, an individual; WORLD WRESTLING ENTERTAINMENT, LLC, a Delaware limited liability company; and FANATICS, LLC, a Delaware limited liability company, | |
| 15 | | |
| 16 | | Defendants' Motion to Dismiss Filed: July 11, 2025 |
| 17 | | |
| 18 | Defendants. | Hearing on Motion to Dismiss: October 10, 2025 |
| 19 | | Case Scheduling Conference: October 17, 2025 |

## JOINT STIPULATION

Plaintiff Wesley Eisold and Defendants Cody Runnels, World Wrestling Entertainment, LLC ("WWE") and Fanatics, LLC ("Fanatics") enter into this Joint Stipulation.

WHEREAS, on July 11, 2025, WWE and Fanatics filed a motion to dismiss Plaintiffs' Second Amended Complaint. (Dkts. 55, 56.)

WHEREAS, on July 11, 2025, Runnels joined WWE and Fanatics' motion to dismiss and separately filed his own motion to dismiss Count I of Plaintiffs' Second Amended Complaint. (Dkts. 58-60.)

WHEREAS, the Parties jointly stipulated that Plaintiffs' opposition to Defendants' motions to dismiss may be filed on or before September 12, 2025; Defendants' reply may be filed on or before September 26, 2025; the hearing on Defendants' motions to dismiss shall be rescheduled from August 8, 2025 to October 10, 2025; and the Scheduling Conference shall be continued from August 15, 2025 to October 17, 2025. (Dkt. 61.) The Court granted the Parties' joint stipulation. (Dkt. 62.)

WHEREAS, the Parties remain in settlement discussions. The Parties have made disclosures of information pursuant to the operative protective order (Dkts. 49, 52.) The Parties have made headway in settlement negotiations, including discussing mediation (though no mediation date has been set). After the Court granted the parties' last stipulation, Plaintiff requested additional discovery in advance of any mediation, and the Parties have been engaged in discussions regarding the scope of such additional disclosures. The Parties have also continued to discuss potential resolution without the need for mediation. The Parties aim to focus their resources on potential mediation and limited discovery and to avoid unnecessarily expending judicial resources.

The Parties thus stipulate and request:

Plaintiffs' opposition to Defendants' motions to dismiss may be filed on or

King, Holmes, Paterno & Soriano, LLP

4572.061/3113103.2    2    Case No. 2:24-cv-07516-AB (MARx)
JOINT STIPULATION TO EXTEND BRIEFING AND HEARING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS AND CONTINUE SCHEDULING CONFERENCE.

before November 14, 2025. Defendants' reply may be filed on or before December 5, 2025. The hearing on Defendants' motions to dismiss shall be rescheduled from August 8, 2025 to December 19, 2025. The Scheduling Conference currently scheduled for August 15, 2025, shall be continued until January 9, 2025.

This joint stipulation shall supersede all prior stipulations and orders.

DATED:  September 12, 2024   KING, HOLMES, PATERNO & SORIANO, LLP

By: ___/s/ Heather L. Pickerell___
HEATHER L. PICKERELL
Attorneys for Plaintiff WESLEY EISOLD

DATED:  September 12, 2025   HOLLAND & KNIGHT LLP

By: ___/s/ Stacey H. Wang___
STACEY H. WANG
Attorneys for Defendants WORLD WRESTLING ENTERTAINMENT, LLC and FANATICS, LLC

DATED:  September 12, 2025   DANIEL EBELING MACCIA AND COHEN, LLP

By: ___/s/ Danielle N. Garno___
DANIELLE N. GARNO
Attorneys for Defendants WORLD WRESTLING ENTERTAINMENT, LLC and FANATICS, LLC

KING, HOLMES, PATERNO & SORIANO, LLP

4572.061/3113103.2

3

Case No. 2:24-cv-07516-AB (MARx)
JOINT STIPULATION TO EXTEND BRIEFING AND HEARING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS AND CONTINUE SCHEDULING CONFERENCE.

| | |
|---|---|
| DATED: September 12, 2025 | JAYARAM PLLC |

By: _____/s/ Vivek Jayaram_____
          VIVEK JAYARAM
  Attorneys for CODY RUNNELS

**DECLARATION OF CONSENT TO ELECTRONIC SIGNATURE**

I, Heather L. Pickerell, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing. *See* C.D. Cal. R. 5-4.3.4(a)(2)(i).

DATED: September 12, 2025

By: _____/s/ Heather L. Pickerell_____
          HEATHER L. PICKERELL

KING, HOLMES, PATERNO & SORIANO, LLP

4572.061/3113103.2

4

Case No. 2:24-cv-07516-AB (MARx)

JOINT STIPULATION TO EXTEND BRIEFING AND HEARING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS AND CONTINUE SCHEDULING CONFERENCE.