UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY EISOLD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CODY GARRETT RUNNELS, an individual; WORLD WRESTLING ENTERTAINMENT, LLC, a Delaware limited liability company; and FANATICS, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 2:24-cv-07516-AB (MARx)<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION TO EXTEND BRIEFING AND HEARING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS AND CONTINUE SCHEDULING CONFERENCE** |

The Court **APPROVES** the Parties' Joint Stipulation to Extend Briefing and Hearing Schedule on Defendants' Motion to Dismiss and Continue Scheduling Conference, and **ORDERS:**

Plaintiffs' opposition to Defendants' motions to dismiss are due by November 14, 2025. Defendants' reply is due by December 5, 2025. The hearing on Defendants' motions to dismiss is **CONTINUED** to December 19, 2025 at 10:00 a.m.  The Scheduling Conference is **CONTINUED** to January 9, 2026 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: September 16, 2025

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE