KING, HOLMES, PATERNO & SORIANO, LLP
HOWARD E. KING, ESQ., STATE BAR NO. 77012
HEATHER L. PICKERELL, ESQ., STATE BAR NO. 346211
HPICKERELL@KHPSLAW.COM
1900 AVENUE OF THE STARS, TWENTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90067-4506
TELEPHONE: (310) 282-8989
FACSIMILE: (310) 282-8903

Attorneys for Plaintiff WESLEY EISOLD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WESLEY EISOLD, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> CODY GARRETT RUNNELS, an individual; WORLD WRESTLING ENTERTAINMENT, LLC, a Delaware limited liability company; and FANATICS, LLC, a Delaware limited liability company, <br><br> Defendants. | CASE NO. 2:24-cv-07516-AB <br><br> **JOINT NOTICE OF SETTLEMENT AND REQUEST TO STAY CASE** |

PLEASE TAKE NOTICE that Plaintiff Wesley Eisold and Defendants Cody Runnels, World Wrestling Entertainment, LLC, and Fanatics, LLC have reached a settlement in principle, subject to execution of a written settlement agreement. The Parties anticipate that a settlement agreement will be executed and that they will jointly stipulate to dismiss the entire case within 90 days. To allow the Parties to focus on drafting the settlement agreement, the Parties request that the Court stay and administratively close this action. Within 90 days of the Court's order, the Parties shall file (1) a stipulation and proposed order for dismissal of the action; (2) a request to extend the stay; or (3) a motion to reopen the case.

DATED: November 10, 2025           KING, HOLMES, PATERNO & SORIANO, LLP

By: ___/s/ Heather L. Pickerrell___
HEATHER L. PICKERELL
Attorneys for Plaintiff WESLEY EISOLD

DATED: November 10, 2025           HOLLAND & KNIGHT LLP

By: ___/s/ Stacey H. Wang___
STACEY H. WANG
Attorneys for Defendants WORLD WRESTLING ENTERTAINMENT, LLC and FANATICS, LLC

DATED: November 10, 2025     DANIEL EBELING MACCIA AND COHEN, LLP

By:    */s/ Danielle N. Garno*
       DANIELLE N. GARNO
Attorneys for Defendants WORLD WRESTLING ENTERTAINMENT, LLC and FANATICS, LLC

DATED: November 10, 2025     JAYARAM PLLC

By:    */s/ Vivek Jayaram*
       VIVEK JAYARAM
Attorneys for CODY RUNNELS

## DECLARATION OF CONSENT TO ELECTRONIC SIGNATURE

I, Heather L. Pickerell, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing. *See* C.D. Cal. R. 5-4.3.4(a)(2)(i).

DATED: November 11, 2025

By:    */s/ Heather L. Pickerell*
       HEATHER L. PICKERELL