HOLLAND & KNIGHT LLP
Stacey H. Wang (SBN 245195)
400 South Hope Street, 8th Floor
Los Angeles, California 90071
Telephone: 213.896.2400
Facsimile: 213.896.2450
E-mail: stacey.wang@hklaw.com

DANIEL EBELING MACCIA AND COHEN, LLP
Danielle N. Garno (SBN 208809)
120 Vantis, Suite 300
Aliso Viejo, California 92656
Telephone: 310.614.9768
E-mail: dgarno@demclaw.com

*Attorneys for Defendants World Wrestling Entertainment, LLC, and Fanatics, LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY EISOLD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CODY GARRETT RUNNELS, an individual, WORLD WRESTLING ENTERTAINMENT, LLC, a limited Liability company; and FANATICS, LLC, a limited liability company,<br><br>Defendants. | Case No.: 2:24-CV-07516-AB(MARx)<br>[*Hon. André Birotte Jr.*]<br><br>**JOINT STIPULATION TO EXTEND STAY OF CASE FOLLOWING NOTICE OF SETTLEMENT**<br><br>Joint Notice of Settlement and Request to Stay Case Filed:<br>November 12, 2025 |

///
///
///
///
///
///
///

---

JOINT STIPULATION TO EXTEND STAY OF CASE

# JOINT STIPULATION

This Joint Stipulation is entered into by and between Defendants Cody Runnels ("Runnels"), World Wrestling Entertainment, LLC ("WWE"), Fanatics, LLC ("Fanatics"), and Plaintiff Wesley Eisold ("Eisold") (Runnels, WWE, Fanatics, and Eisold are collectively referred to hereinafter as the "Parties"), by and through their respective counsel.

WHEREAS, on November 11, 2025, the Parties filed a Notice of Settlement and Request to Stay Case after reaching a settlement in principle (Dkt. 65).

WHEREAS, on November 12, 2025, the Court approved the Parties' Joint Notice of Settlement and Request to Stay Case (Dkt. 66).

WHEREAS, as part of its November 12, 2025 Order, the Court stayed and administratively closed the above-captioned action for 90 days from the date of its Order (Dkt 66) and required that the Parties, within those 90 days, file (1) a stipulation and proposed order for dismissal; (2) a request to extend the stay; or (3) a motion to reopen the case (Dkt. 66).

WHEREAS, the Parties are continuing to draft and negotiate the settlement agreement and, accordingly, request that the Court extend the stay for an additional 90 days so that the Parties can focus on finalizing the settlement agreement. The parties anticipate that they will jointly stipulate to dismiss the entire case within 90 days.

Dated: February 10, 2026        HOLLAND & KNIGHT LLP

 */s/ Stacey H. Wang*
Stacey H. Wang, Esq.

*Attorneys for Defendants*
*World Wrestling Entertainment, LLC and*
*Fanatics, LLC*

Dated: February 10, 2026        DANIEL EBELING MACCIA AND COHEN, LLP

 */s/ Danielle N. Garno*
Danielle N. Garno, Esq.

*Attorneys for Defendants*
*World Wrestling Entertainment, LLC and*
*Fanatics, LLC*

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400
Fax: 213.896.2450

1  Dated: February 10, 2026        KING HOLMES PATERNO AND SORIANO LLP

2                                   */s/ Heather Pickerell*
                                    Heather Pickerell, Esq.
3
                                    *Attorneys for Plaintiff, Wesley Eisold*
4

5  Dated: February 10, 2026        JAYARAM PLLC

6                                   */s/ Vivek Jayaram*
                                    Vivek Jayaram
7
                                    *Attorney for Defendant, Cody Runnels*
8

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA  90071
Tel: 213.896.2400
Fax: 213.896.2450

**DECLARATION OF CONSENT TO ELECTRONIC SIGNATURE:**

I, Stacey H. Wang, attest pursuant to L.R. 5-4.3.4 of the United States District Court for the Central District of California that the above signatories, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.

Dated:  February 10, 2026                         */s/ Stacey H. Wang*
                                                                        Stacey H. Wang, Esq.

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA  90071
Tel: 213.896.2400
Fax: 213.896.2450