**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

WESLEY EISOLD, an individual,

Plaintiff,

vs.

CODY GARRETT RUNNELS, an individual, WORLD WRESTLING ENTERTAINMENT, LLC, a limited Liability company; and FANATICS, LLC, a limited liability company,

Defendants.

Case No. 2:24-CV-07516-AB (MARx)

**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO EXTEND STAY OF CASE**

This Court **APPROVES** the Parties' Joint Stipulation to Extend Stay of Case and **STAYS** this action for an additional 30 days from the date of this order. Within 30 days of this Order, the Parties must file (1) a stipulation and proposed order for dismissal; (2) a request to extend the stay; or (3) a motion to reopen the case.

The Court retains full jurisdiction over the action, and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

Dated: November 18, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE